Lee A. Archer (Bar No. 038938)
Peter W. McGaw (Bar No. 104691)
John L. Kortum (Bar No. 148573)
ARCHER NORRIS
Attorneys At Law
2033 North Main Street, Suite 800
Walnut Creek, CA 94596
Telephone: (925) 930-6600
Facsimile: (925) 930-6620

Attorneys for Plaintiffs SPPI-SOMERSVILLE INC.,
SOMERSVILLE-GENTRY INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPPI-SOMERSVILLE INC., SOMERSVILLE-GENTRY INC.<br><br>Plaintiffs,<br><br>vs.<br><br>TRC COMPANIES, INC.; GBF HOLDINGS LLC; *ET AL.*,<br><br>Defendants. | NO. C 04-2648 SI<br><br>**STIPULATION AND ORDER RE CONTINUANCE OF CASE MANAGEMENT CONFERENCE**<br><br>Date: October 25, 2005<br>Time: 9:00 a.m.<br>Ctrm: 19th Floor; Courtroom 10 |

WHEREAS a further Case Management Conference is presently scheduled for September 23, 2005;

WHEREAS various motions in this matter are scheduled to be heard on October 25, 2005, at 9:00 a.m.;

WHEREAS the Court has suggested and counsel has agreed that the Case Management Conference should be continued until immediately after the 9:00 a.m. hearing on the motions on October 25, 2005, or as soon thereafter as may be convenient for the Court.

/ / /

/ / /

/ / /

|     |     |
| --- | --- |
| 1   | IT IS HEREBY AGREED AND STIPULATED that the Case Management Conference be continued to October 25, 2005, immediately after the hearing on the scheduled motions or as soon thereafter as the Court may schedule. |

GIBSON, DUNN & CRUTCHER

Dated: September 8, 2005

*Clif McFarland* (signature)

Clifton McFarland
Attorneys for Defendants
TRC COMPANIES, INC.; GBF HOLDINGS LLC, ET AL.

BASSI, MARTINI EDLIN & BLUM LLP

Dated: September ___, 2005

_____
Fred M. Blum, Esq.
Attorneys for Defendants
CONTRA COSTA WASTE SERVICE, INC.; PITTSBURG DISPOSAL & DEBRIS BOX SERVICE, INC.; ESTATE OF SILVIO GARAVENTA, SR.; MARY C. GARAVENTA, AS ADMINISTRATRIX OF THE ESTATE OF SILVIO GARAVENTA, SR.; MARY C. GARAVENTA; SILVIO GARAVENTA, JR.; MARY C. GARAVENTA, AS TRUSTEE OF THE GARAVENTA FAMILY TRUST

UNITED STATES DEPARTMENT OF JUSTICE,
ENVIRONMENTAL DEFENSE SECTION

Dated: September ___, 2005

_____
Pamela S. Tonglao
Attorneys for Defendants
UNITED STATES DEPARTMENT OF THE ARMY,
UNITED STATES DEPARTMENT OF DEFENSE,
DEFENSE LOGISTICS AGENCY; UNITED STATES
DEPARTMENT OF THE NAVY

ARCHER NORRIS
ATTORNEYS AT LAW
WALNUT CREEK

A0157015/440436-1

2

STIPULATION AND ORDER RE CONTINUANCE OF CASE
MANAGEMENT CONFERENCE (No. C 04-2648 SI)

IT IS HEREBY AGREED AND STIPULATED that the Case Management Conference be continued to October 25, 2005, immediately after the hearing on the scheduled motions or as soon thereafter as the Court may schedule.

GIBSON, DUNN & CRUTCHER

Dated: September ___, 2005

_____
Clifton McFarland
Attorneys for Defendants
TRC COMPANIES, INC.; GBF HOLDINGS LLC, ET AL.

BASSI, MARTINI EDLIN & BLUM LLP

Dated: September 8, 2005

*Fred M. Blum /JDH*
Fred M. Blum, Esq.
Attorneys for Defendants
CONTRA COSTA WASTE SERVICE, INC.; PITTSBURG DISPOSAL & DEBRIS BOX SERVICE, INC.; ESTATE OF SILVIO GARAVENTA, SR.; MARY C. GARAVENTA, AS ADMINISTRATRIX OF THE ESTATE OF SILVIO GARAVENTA, SR.; MARY C. GARAVENTA; SILVIO GARAVENTA, JR.; MARY C. GARAVENTA, AS TRUSTEE OF THE GARAVENTA FAMILY TRUST

UNITED STATES DEPARTMENT OF JUSTICE, ENVIRONMENTAL DEFENSE SECTION

Dated: September ___, 2005

_____
Pamela S. Tonglao
Attorneys for Defendants
UNITED STATES DEPARTMENT OF THE ARMY, UNITED STATES DEPARTMENT OF DEFENSE, DEFENSE LOGISTICS AGENCY; UNITED STATES DEPARTMENT OF THE NAVY

ARCHER NORRIS
ATTORNEYS AT LAW
WALNUT CREEK

A0157015/440436-1

STIPULATION AND ORDER RE CONTINUANCE OF CASE MANAGEMENT CONFERENCE (No. C 04-2648 SI)

2

09/08/2005 THU 16:07 [TX/RX NO 7391] @003

|     |     |
| --- | --- |
| 1   | IT IS HEREBY AGREED AND STIPULATED that the Case Management Conference be continued to October 25, 2005, immediately after the hearing on the scheduled motions or as soon thereafter as the Court may schedule. |

GIBSON, DUNN & CRUTCHER

Dated: September ___, 2005          _____
Clifton McFarland
Attorneys for Defendants
TRC COMPANIES, INC.; GBF HOLDINGS LLC, ET AL.

BASSI, MARTINI EDLIN & BLUM LLP

Dated: September ___, 2005          _____
Fred M. Blum, Esq.
Attorneys for Defendants
CONTRA COSTA WASTE SERVICE, INC.; PITTSBURG DISPOSAL & DEBRIS BOX SERVICE, INC.; ESTATE OF SILVIO GARAVENTA, SR.; MARY C. GARAVENTA, AS ADMINISTRATRIX OF THE ESTATE OF SILVIO GARAVENTA, SR.; MARY C. GARAVENTA; SILVIO GARAVENTA, JR.; MARY C. GARAVENTA, AS TRUSTEE OF THE GARAVENTA FAMILY TRUST

UNITED STATES DEPARTMENT OF JUSTICE,
ENVIRONMENTAL DEFENSE SECTION

Dated: September _8_, 2005          *Pamela S. Tonglao* by JLK
Pamela S. Tonglao
Attorneys for Defendants
UNITED STATES DEPARTMENT OF THE ARMY,
UNITED STATES DEPARTMENT OF DEFENSE,
DEFENSE LOGISTICS AGENCY; UNITED STATES
DEPARTMENT OF THE NAVY

ARCHER NORRIS
ATTORNEYS AT LAW
WALNUT CREEK

A0157015/440436-1

STIPULATION AND ORDER RE CONTINUANCE OF CASE
MANAGEMENT CONFERENCE    (No. C 04-2648 SI)

2

ARCHER NORRIS

Dated: September 8, 2005

_____
John L. Kortum
Attorneys for Plaintiffs
SPPI-SOMERSVILLE INC.,
SOMERSVILLE-GENTRY INC.

IT IS SO ORDERED,

Dated: _____, 2005

_____
Honorable Su[san Illston]
Un[ited States District Judge]

**GRANTED**
Judge Susan Illston

A0157015/440436-1

STIPULATION AND ORDER RE CONTINUANCE OF CASE
MANAGEMENT CONFERENCE (No. C 04-2648 SI)

3

ARCHER NORRIS
ATTORNEYS AT LAW
WALNUT CREEK