1  Lee A. Archer (Bar No. 038938)
   Peter W. McGaw (Bar No. 104691)
2  John L. Kortum (Bar No. 148573)
   ARCHER NORRIS
3  Attorneys At Law
   2033 North Main Street, Suite 800
4  Walnut Creek, CA 94596
   Telephone:    (925) 930-6600
5  Facsimile:    (925) 930-6620

6  Attorneys for Plaintiffs SPPI-SOMERSVILLE INC.,
   SOMERSVILLE-GENTRY INC.

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11  SPPI-SOMERSVILLE INC.,            **NO. C 04-2648 SI**
    SOMERSVILLE-GENTRY INC.
12                                    **STIPULATION RE CONTINUANCE OF**
             Plaintiffs,              **HEARING ON MOTION FOR JOINDER**
13                                    **OF NECESSARY PARTY; [PROPOSED]**
        vs.                          **ORDER**
14
    TRC COMPANIES, INC.; GBF          Date:    December 9, 2005
15  HOLDINGS LLC; et al.,             Time:    9:00 a.m.
                                      Ctrm:    19th Floor; Courtroom 10
16           Defendants.

17

18

19       WHEREAS Defendants TRC Industries, Inc. and GBF Holdings LLC (collectively,

20  "TRC") filed on August 15, 2005, a Motion For Joinder Of Necessary Party, and the various

    other defendants have joined in TRC's motion;
21
         WHEREAS the hearing on TRC's motion is presently scheduled for December 9, 2005;
22
         WHEREAS the relief sought in the motion is whether Plaintiffs SPPI-Somersville Inc.
23
    and Somersville-Gentry Inc. (collectively, "SPPI") must join the City of Antioch in order to
24
    have all parties present who may be responsible for certain surface contamination on the SPPI
25
    property;
26
         WHEREAS TRC and SPPI have communicated with the City of Antioch, which has
27
    indicated that it is willing to engage in discussions with TRC and SPPI regarding the surface
28

ARCHER NORRIS
ATTORNEYS AT LAW
WALNUT CREEK

A0157015/455799-1

1

STIPULATION RE CONTINUANCE OF HRG ON MOT. TO JOIN
NECESSARY PARTY   (No. C 04-2648 SI)

1    contamination early in 2006;

2        WHEREAS it would conserve the resources of both the parties and the Court to avoid

3    further action for the meantime on TRC's motion pending this discussion with the City of

4    Antioch and potential resolution,

5        IT IS HEREBY AGREED AND STIPULATED that

6        1.    The hearing on TRC's motion presently scheduled for December 9, 2005, be

7    continued approximately 90 days to _____, 2006;

8        3.    The case management conference presently set for December 9, 2005, shall be

9    continued to the same day as the motion is heard.

10

11                              GIBSON, DUNN & CRUTCHER

12

13   Dated: December 7, 2005

                                Clifton J. McFarland
14                              Attorneys for Defendants
15                              TRC COMPANIES, INC.; GBF HOLDINGS LLC, ET AL.

16·

17

18                              BASSI, MARTINI, EDLIN & BLUM LLP

19

20   Dated: December ___, 2005

                                Fred M. Blum
21                              Attorneys for Defendants
                                CONTRA COSTA WASTE SERVICE, INC.; PITTSBURG
22                              DISPOSAL & DEBRIS BOX SERVICE, INC.; ESTATE
                                OF SILVIO GARAVENTA, SR.; MARY C.
23                              GARAVENTA, AS ADMINISTRATRIX OF THE
                                ESTATE OF SILVIO GARAVENTA, SR.; MARY C.
24                              GARAVENTA; SILVIO GARAVENTA, JR.; MARY C.
                                GARAVENTA, AS TRUSTEE OF THE GARAVENTA
25                              FAMILY TRUST

26

27

28

ARCHER NORRIS      A0157015/455799-1                    STIPULATION RE CONTINUANCE OF HRG ON MOT. TO JOIN
ATTORNEYS AT LAW                                        NECESSARY PARTY   (No. C 04-2648 SI)
WALNUT CREEK
                                    2

1   contamination early in 2006;

2       WHEREAS it would conserve the resources of both the parties and the Court to avoid

3   further action for the meantime on TRC's motion pending this discussion with the City of

4   Antioch and potential resolution,

5       IT IS HEREBY AGREED AND STIPULATED that

6      1.     The hearing on TRC's motion presently scheduled for December 9, 2005, be

7   continued approximately 90 days to _____, 2006;

8      3.     The case management conference presently set for December 9, 2005, shall be

9   continued to the same day as the motion is heard.

10

11                    GIBSON, DUNN & CRUTCHER

12

13   Dated: December ___, 2005

14                      _____
                      Clifton J. McFarland
                      Attorneys for Defendants

15                      TRC COMPANIES, INC.; GBF HOLDINGS LLC, ET AL.

16

17

18                    BASSI, MARTINI, EDLIN & BLUM LLP

19

20   Dated: December 7, 2005         Fred M. Blum /JDH

                     Fred M. Blum

21                      Attorneys for Defendants

22                      CONTRA COSTA WASTE SERVICE, INC.; PITTSBURG
                     DISPOSAL & DEBRIS BOX SERVICE, INC.; ESTATE

23                      OF SILVIO GARAVENTA, SR.; MARY C.
                     GARAVENTA, AS ADMINISTRATRIX OF THE

24                      ESTATE OF SILVIO GARAVENTA, SR.; MARY C.
                     GARAVENTA; SILVIO GARAVENTA, JR.; MARY C.

25                      GARAVENTA, AS TRUSTEE OF THE GARAVENTA
                     FAMILY TRUST

26

27

28

ARCHER NORRIS
ATTORNEYS AT LAW
WALNUT CREEK
     A0157015/455799-1                                STIPULATION RE CONTINUANCE OF HRG ON MOT. TO JOIN
                                NECESSARY PARTY   (No. C 04-2648 SI)
                           2

1

2

UNITED STATES DEPARTMENT OF JUSTICE,
ENVIRONMENTAL DEFENSE SECTION

3

4    Dated:  December  7, 2005        *Pamela S.*

5    Pamela S. Tonglao
     Attorneys for Defendants
6    UNITED STATES DEPARTMENT OF THE ARMY,
     UNITED STATES DEPARTMENT OF DEFENSE,
7    DEFENSE LOGISTICS AGENCY; UNITED STATES
     DEPARTMENT OF THE NAVY
8

9

10   ARCHER NORRIS

11

12

     Dated:  December  7, 2005
13
     John L. Kortum
14   Attorneys for Plaintiffs
     SPPI-SOMERSVILLE INC.,
15   SOMERSVILLE-GENTRY INC.

16

17

18   IT IS SO ORDERED,

19

20   Dated:  _____, 2005

21   Honorable Susan Illston
     United States District Court

22

23   The motion is withdrawn and shall be refiled and renoticed for March 3, 2006.  The further
     case management conference has been continued to March 3, 2006, at 2:30 p.m.

24

25

26

27

28

ARCHER NORRIS
ATTORNEYS AT LAW
WALNUT CREEK

A0157015/455799-1

3

STIPULATION RE CONTINUANCE OF HRG ON MOT. TO JOIN
NECESSARY PARTY    (No. C 04-2648 SI)