CLIFTON J. MCFARLAND (SBN 136940)
SOPHIA B. STRONG (SBN 238403)
DOWNEY BRAND LLP
555 Capitol Mall, Suite 1050
Sacramento, CA 95814
Telephone: (916) 444-1000
Facsimile: (916) 444-2100
Email: cmcfarland@downeybrand.com

Attorneys for Defendants,
GBF HOLDINGS, LLC and
TRC COMPANIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SPPI – SOMERSVILLE, INC., SOMERSVILLE GENTRY, INC.,

Plaintiff,

v.

TRC COMPANIES, INC., GBF HOLDINGS, LLC, et al.,

Defendants.

**CASE NO. C 04-2648 SI**

**STIPULATION EXTENDING TIME FOR DEFENDANTS GBF HOLDINGS, LLC and TRC COMPANIES, INC TO ANSWER SPPI – SOMERSVILLE, INC.'S and SOMERSVILLE GENTRY, INC.'S SECOND AMENDED COMPLAINT**

Pursuant to Northern District Local Rule 6-1(a), Plaintiffs SPPI – SOMERSVILLE, INC. and SOMERSVILLE GENTRY, INC. ("Plaintiffs") and Defendants GBF HOLDINGS, LLC and TRC COMPANIES, INC ("Defendants"), by and through their respective counsel, hereby stipulate to extend the time for each of the Defendants to file a response to the Second Amended Complaint by ten (10) days.

///

///

///

Case 3:04-cv-02648-SI Document 65 Filed 11/16/2006 Page 2 of 2

Therefore, it is agreed that the Defendants shall have up to and including November 17, 2006, to respond to Plaintiffs' Second Amended Complaint.

IT IS SO STIPULATED:

DATED: November 15, 2006

ARCHER NORRIS

By: ______________________
JOHN KORTUM
Attorneys for Plaintiffs
SPPI – SOMERSVILLE, INC., SOMERSVILLE GENTRY, INC.

DATED: November 15, 2006

DOWNEY BRAND LLP

By: ______________________
CLIFTON J. MCFARLAND
Attorney for Defendants
GBF HOLDINGS, LLC and
TRC COMPANIES, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IT IS SO ORDERED

Judge Susan Illston