1   SUE ELLEN WOOLDRIDGE, Assistant Attorney General
    PAMELA TONGLAO, Trial Attorney
2   U.S. Department of Justice
    Environment & Natural Resources Division
3   Environmental Defense Section
    P.O. Box 23986
4   Washington, DC 20026-3986
    Telephone: (202) 305-0897
5   Facsimile: (202) 514-8865

6   KEVIN V. RYAN (CSBN118321)
    United States Attorney
7   JAMES C. CODA
    Assistant United States Attorney
8   450 Golden Gate Ave.
    San Francisco, CA 94102
9   Telephone: (415) 436-7180
    Facsimile: (415) 436-6748

10
    Attorneys for the United States of America
11
                IN THE UNITED STATES DISTRICT COURT
12             FOR THE NORTHERN DISTRICT OF CALIFORNIA
                      SAN FRANCISCO DIVISION
13
    _____
14                                          )   No. C 04-2648-SI
    SPPI-SOMERSVILLE, INC., et al.          )
15                                          )   STIPULATION TO EXTEND TIME FOR
                    Plaintiffs,             )   DEFENDANT UNITED STATES TO
16                                          )   RESPOND TO SECOND AMENDED
              v.                            )   COMPLAINT
17                                          )
    TRC COMPANIES, INC., et al.             )
18                                          )
                    Defendants.             )
19  _____    )

20         Pursuant to Local Rule 7-12, Plaintiffs SPPI-Somersville, Inc. and Somersville-Gentry,

21  Inc. and Defendants United States Department of the Army, United States Department of

22  Defense, Defense Logistics Agency, and United States Department of the Navy (collectively

23  "United States"), by and through their undersigned counsel, hereby stipulate to extend to

24  December 15, 2006, the United States' deadline for responding to Plaintiffs' Second Amended

25  Complaint.

26  //

27  //

28  //

1   The stipulated change will not alter the date of any event or any deadline already fixed by Court

2   order.

3   FOR PLAINTIFFS:

4   _____                     Dated: 11/16/06
    JOHN L. KORTUM (Bar No. 148573)

5   ARCHER NORRIS
    2033 North Main Street, Suite 800

6   Walnut Creek, CA 94596
    (925) 930-6600

7   Fax: (925) 930-6620

8   FOR DEFENDANT:

9   s/ Pamela S. Tonglao                            Dated: November 16, 2006
    PAMELA S. TONGLAO

10  United States Department of Justice
    Environment & Natural Resources Division

11  Environmental Defense Section
    P.O. Box 23986

12  Washington, D.C.  20026-3986
    (202) 305-0897

13  Fax:  (202) 514-8865
    pamela.tonglao@usdoj.gov

14

15  PURSUANT TO STIPULATION, IT IS SO ORDERED.

16

17  _____

18  DATED                                           UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28
    Stip to Extend Time to Answer
    CV 04-2648 SI                         2

1

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing STIPULATION TO

2  EXTEND TIME FOR DEFENDANT UNITED STATES TO RESPOND TO SECOND

AMENDED COMPLAINT was filed electronically.  Notice of this filing will be sent by

3  operation of the Court's electronic filing system to all parties indicated on the electronic filing

receipt.

4

November 16, 2006                                              <u>s/ Pamela S. Tonglao</u>

5                                                                                Pamela S. Tonglao

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stip to Extend Time to Answer
CV 04-2648 SI