FRED M. BLUM, ESQ. (SBN 101586)
JOSEPH B. ADAMS, ESQ, (SBN 194964)
**BASSI, MARTINI, EDLIN & BLUM LLP**
351 California Street, Suite 200
San Francisco, CA 94104
Telephone: (415) 397-9006
Facsimile: (415) 397-1339

Attorneys for DEFENDANTS
**CONTRA COSTA WASTE SERVICE, INC., ET AL.**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPPI SOMERSVILLE, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> TRC COMPANIES, et al, <br><br> Defendants. | CASE NO. C 04-2648 SI <br><br> **STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR FRCP RULE 26 DISCLOSURES** |

1  IT IS HEREBY STIPULATED, by the parties herein, by and through their attorneys of record, as follows:

1. Due to a medical emergency of counsel for Contra Costa Waste Service, Inc., the parties agree to extend the deadline for serving their FRCP Rule 26 disclosures.

2. The parties' disclosures under FRCP Rule 26 shall now be due on **Monday, May 7, 2007**.

IT IS SO STIPULATED.

Dated: April 30, 2007

**BASSI, MARTINI, EDLIN & BLUM LLP**

By: _____
JOSEPH B. ADAMS
Attorneys for DEFENDANTS
**CONTRA COSTA WASTE SERVICE, INC., ET AL.**

Dated: April 30, 2007

**ARCHER NORRIS**

By: _____
JOHN KORTUM
Attorneys for PLAINTIFFS
**SPPI SOMERSVILLE, ET AL**

Dated: April 30, 2007

**SEDGWICK, DETERT, MORAN & ARNOLD**

By: _____
EARL HAGSTROM
Attorneys for DEFENDANTS
**CITY OF ANTIOCH**

Dated: April 30, 2007

**DOWNEY BRAND**

By: _____
CLIF McFARLAND
Attorneys for DEFENDANTS
**TRC COMPANIES and PRIVATE GENERATOR**

```
 1        IT IS HEREBY STIPULATED, by the parties herein, by and through their attorneys of
 2   record, as follows:
 3   1.   Due to a medical emergency of counsel for Contra Costa Waste Service, Inc., the parties
 4        agree to extend the deadline for serving their FRCP Rule 26 disclosures.
 5   2.   The parties' disclosures under FRCP Rule 26 shall now be due on Monday, May 7, 2007.
 6        IT IS SO STIPULATED.
 7
 8   Dated: April 30, 2007                    BASSI, MARTINI, EDLIN & BLUM LLP
 9
10                                            By:_____
11                                               JOSEPH B. ADAMS
                                                 Attorneys for DEFENDANTS
12                                               CONTRA COSTA WASTE SERVICE, INC.,
                                                 ET AL.
13
14   Dated: April 30, 2007                    ARCHER NORRIS
15
                                              By:_____
16                                               JOHN KORTUM
                                                 Attorneys for PLAINTIFFS
17                                               SPPI SOMERSVILLE, ET AL
18   Dated: April 30, 2007                    SEDGWICK, DETERT, MORAN & ARNOLD
19
20                                            By:_____
                                                 EARL HAGSTROM
21                                               Attorneys for DEFENDANTS
                                                 CITY OF ANTIOCH
22
23   Dated: April 30, 2007                    DOWNEY BRAND
24
                                              By:_____
25                                               CLIF McFARLAND
                                                 Attorneys for DEFENDANTS
26                                               TRC COMPANIES and PRIVATE GENERATOR
27
28
```

IT IS HEREBY STIPULATED, by the parties herein, by and through their attorneys of record, as follows:

1. Due to a medical emergency of counsel for Contra Costa Waste Service, Inc., the parties agree to extend the deadline for serving their FRCP Rule 26 disclosures.

2. The parties' disclosures under FRCP Rule 26 shall now be due on <u>Monday, May 7, 2007</u>.

IT IS SO STIPULATED.

Dated: April 30, 2007  BASSI, MARTINI, EDLIN & BLUM LLP

By: _____
JOSEPH B. ADAMS
Attorneys for DEFENDANTS
CONTRA COSTA WASTE SERVICE, INC.,
ET AL.

Dated: April 30, 2007  ARCHER NORRIS

By: _____
JOHN KORTUM
Attorneys for PLAINTIFFS
SPPI SOMERSVILLE, ET AL

Dated: April 30, 2007  SEDGWICK, DETERT, MORAN & ARNOLD

By: _____
EARL HAGSTROM
Attorneys for DEFENDANTS
CITY OF ANTIOCH

Dated: April 30, 2007  DOWNEY BRAND

By: _____
CLIF McFARLAND
Attorneys for DEFENDANTS
TRC COMPANIES and PRIVATE GENERATOR

IT IS HEREBY STIPULATED, by the parties herein, by and through their attorneys of record, as follows:

1. Due to a medical emergency of counsel for Contra Costa Waste Service, Inc., the parties agree to extend the deadline for serving their FRCP Rule 26 disclosures.

2. The parties' disclosures under FRCP Rule 26 shall now be due on **Monday, May 7, 2007**.

IT IS SO STIPULATED.

Dated: April 30, 2007    BASSI, MARTINI, EDLIN & BLUM LLP

By: _____
JOSEPH B. ADAMS
Attorneys for DEFENDANTS
**CONTRA COSTA WASTE SERVICE, INC., ET AL.**

Dated: April 30, 2007    ARCHER NORRIS

By: _____
JOHN KORTUM
Attorneys for PLAINTIFFS
**SPPI SOMERSVILLE, ET AL**

Dated: April 30, 2007    SEDGWICK, DETERT, MORAN & ARNOLD

By: _____
EARL HAGSTROM
Attorneys for DEFENDANTS
**CITY OF ANTIOCH**

Dated: April 30, 2007    DOWNEY BRAND

By: _____
CLIFF McFARLAND
Attorneys for DEFENDANTS
**TRC COMPANIES and PRIVATE GENERATOR**

26725.wpd

2

STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR FRCP RULE 26 DISCLOSURES

| | | |
|---|---|---|
| 1 | Dated: April 30, 2007 | DEPARTMENT OF JUSTICE |
| 2 | | |
| 3 | | By: /s/ Pamela S. Tonglao |
| 4 | | PAMELA S. TONGLAO |
| | | Attorneys for DEFENDANTS |
| | | **UNITED STATES OF AMERICA** |

## ORDER

The FRCP Rule 26 Disclosures of the parties are due Monday, May 7, 2007.

**IT IS SO ORDERED.**

Dated: _____

_/s/ Susan Illston_
Judge of the US District Court
Northern District of California.

```
 1  Dated: April 30, 2007                    DEPARTMENT OF JUSTICE
 2
 3                                           By:_____
                                                PAMELA S. TONGLAO
 4                                              Attorneys for DEFENDANTS
                                                UNITED STATES OF AMERICA
 5
 6
 7                                      ORDER
 8
        The FRCP Rule 26 Disclosures of the parties are due Monday, May 7, 2007.
 9
        IT IS SO ORDERED.
10
11  Dated: _____      _____
                                        Judge of the US District Court
12                                      Northern District of California.
```

26725.wpd

3

STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR FRCP RULE 26 DISCLOSURES