SCOTT N. SCHOOLS
Acting United States Attorney

CHARLES M. O'CONNOR (CA State Bar No. 56320)
Assistant United States Attorney
450 Golden Gate Ave., 10th Floor
San Francisco, California 94102
Tel:    (415) 436-7180

RONALD J. TENPAS
Acting Assistant Attorney General
Environment and Natural Resources Division

PAMELA S. TONGLAO
Trial Attorney
U.S. Department of Justice
Environmental Defense Section
P.O. Box 23986
Washington, D.C. 20026-3986
Tel:    (202) 305-0897
Fax:    (202) 514-8865
Email: pamela.tonglao@usdoj.gov

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| SPPI-SOMERSVILLE, INC., et al. | No. C 04-2648-SI |
| Plaintiffs, | STIPULATION TO EXTEND TIME FOR CROSS-DEFENDANT UNITED STATES TO ANSWER CROSS-PLAINTIFF CITY OF ANTIOCH'S FIRST AMENDED CROSS-CLAIMS |
| v. | |
| TRC COMPANIES, INC., et al. | |
| Defendants. | |

Pursuant to Local Rule 7-12, Cross-Plaintiff City of Antioch and Cross-Defendants the United States Department of the Army, United States Department of Defense, Defense Logistics Agency, and United States Department of the Navy (collectively "United States"), by and through their undersigned counsel, hereby stipulate to extend to August 24, 2007, the United States' deadline for answering the City of Antioch's First Amended Cross-Claim (Docket No. 98).

//

1 | The stipulated extension of time will not alter the date of any event or any deadline already fixed
2 | by Court order.
3
4 | FOR CROSS-PLAINTIFF CITY OF ANTIOCH:
5 |  s/ Earl L. Hagström                           Dated: July 12, 2007
    Earl L. Hagström (Bar No. 150958)
6 | Matthew G. Dudley (Bar No. 179022)
    Sedgwick, Detert, Moran & Arnold
7 | Steuart Tower
    One Market Plaza, 8th Floor
8 | San Francisco, CA 94105
    (415) 781-7900
9
10 | FOR CROSS-DEFENDANT UNITED STATES:
11 | s/ Pamela S. Tonglao                          Dated: July 12, 2007
    PAMELA S. TONGLAO
12 | United States Department of Justice
    Environment & Natural Resources Division
13 | Environmental Defense Section
    P.O. Box 23986
14 | Washington, D.C. 20026-3986
    (202) 305-0897
15 | Fax: (202) 514-8865
    pamela.tonglao@usdoj.gov
16
17
18 | PURSUANT TO STIPULATION, IT IS SO ORDERED.
19 | _____              _____
    DATED                         UNITED STATES DISTRICT JUDGE
20
21
22
23
24
25
26
27
28

2

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing STIPULATION TO EXTEND TIME FOR CROSS-DEFENDANT UNITED STATES TO RESPOND TO CROSS-PLAINTIFF CITY OF ANTIOCH'S FIRST AMENDED CROSS-CLAIMS was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

July 12, 2007     s/ Pamela S. Tonglao
                  Pamela S. Tonglao