IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPPI-SOMERSVILLE, INC., *et al.*, | No. C 04-2648 SI |
| Plaintiffs, | **ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW** |
| v. | |
| TRC COMPANIES, INC., *et al.*, | |
| Defendants. | |

The Vaca Law Group, LLP has filed an unopposed motion to withdraw as counsel for defendant City of Antioch. The motion is scheduled for a hearing on September 14, 2007. According to the motion, defendant City of Antioch will continue to be represented by the law firm of Sedgwick, Detert, Moran & Arnold, LLP, and Mr. Vaca's declaration states that the City of Antioch has consented to VLG's withdrawal. Accordingly, pursuant to Civil Local Rule 7-1(b) the Court determines that the motion is appropriate for resolution without argument, VACATES the hearing, and GRANTS the motion. (Docket No. 102).

**IT IS SO ORDERED.**

Dated: September 13, 2007

SUSAN ILLSTON
United States District Judge