1  RONALD J. TENPAS, Assistant Attorney General
   PAMELA S. TONGLAO, Trial Attorney
2  U.S. Department of Justice
   Environment & Natural Resources Division
3  Environmental Defense Section
   P.O. Box 23986
4  Washington, DC 20026-3986
   Telephone: (202) 305-0897
5  Facsimile:  (202) 514-8865

6  JOSEPH P. RUSSONIELLO
   United States Attorney
7  CHARLES M. O'CONNOR (CA State Bar No. 56320)
   Assistant United States Attorney
8  450 Golden Gate Ave.
   San Francisco, CA 94102
9  Telephone: (415) 436-7180
   Facsimile:  (415) 436-6748
10
   Attorneys for the United States of America
11
                    IN THE UNITED STATES DISTRICT COURT
12               FOR THE NORTHERN DISTRICT OF CALIFORNIA
                          SAN FRANCISCO DIVISION
13

| | |
|---|---|
| SPPI-SOMERSVILLE, INC., et al. | No. C 04-2648-SI |
| Plaintiffs, | STIPULATION REGARDING FILING OF UNITED STATES' AMENDED ANSWER TO PLAINTIFFS' SECOND AMENDED COMPLAINT AND COUNTERCLAIM |
| v. | |
| TRC COMPANIES, INC., et al., | |
| Defendants. | |
| CITY OF ANTIOCH, | |
| Cross-claimant, | |
| v. | |
| TRC COMPANIES, INC., et al., | |
| Cross-defendants. | |

25       WHEREAS, Plaintiffs SPPI-Somersville, Inc. and Somersville-Gentry, Inc. filed this

26  action the United States Department of the Army, United States Defense Logistics Agency, and

27  United States Department of the Navy (collectively "Federal Defendants") on June 30, 2004,

28  pursuant to sections 107 and 113 of the Comprehensive Environmental Response, Compensation,

1  and Liability Act ("CERCLA"), 42 U.S.C. §§ 9607 and 9613.

2  WHEREAS, Plaintiffs filed a first amended complaint in this action on December 14, 2004 (docket no. 8).

4  WHEREAS, Plaintiffs filed a second amended complaint in this action on October 18, 2006 (docket no. 63).

6  WHEREAS, the Federal Defendants, filed an answer to the second amended complaint on December 15, 2006 (docket no. 73).

8  WHEREAS, pursuant to this Court's directive issued at the status conference in this action on October 19, 2007, all motions or stipulations to the amendment of pleadings must be filed no later than February 1, 2008.

11 NOW THEREFORE, the parties hereto agree to the filing of an amended answer by the Federal Defendants that asserts a counterclaim for contribution under CERCLA. Such counterclaim would permit the Court to allocate response costs in the Plaintiffs' second amended complaint among liable parties using such equitable factors as the Court determines are appropriate, under 42 U.S.C. § 9613(f)(1), and grant appropriate declaratory relief under 42 U.S.C. § 9613(g)(2) and 28 U.S.C. § 2201.

**For the Plaintiffs,**

Dated: 1/31/08

Lee A. Archer
Peter W. McGaw

John L. Kortum
ARCHER NORRIS
2033 North Main Street, Suite 800
Walnut Creek, CA 94596
Tel:   (925) 930-6600

**For the Federal Defendants**

Dated: February 1, 2008

RONALD J. TENPAS
Assistant Attorney General
Environment and Natural Resources
   Division

Stip re Amended Answer and Counterclaim of U.S.
Case No. 04-2648 SI                                2

```
                                        s/Pamela S. Tonglao
                                    Pamela S. Tonglao, Attorney
                                    United States Department of Justice
                                    Environmental Defense Section
                                    P.O. Box 23986
                                    Washington, D.C. 20026-3986
                                    (202) 305-0897

                                    JOSEPH P. RUSSONIELLO
                                    United States Attorney
                                    CHARLES M. O'CONNOR (CA Bar No. 56320)
                                    Assistant United States Attorney
                                    450 Golden Gate Ave.
                                    San Francisco, CA 94102
                                    (415) 436-7180
```

**For the TRC Defendants**

Dated: February 1, 2008              s/ Clifton J. McFarland
                                     Clifton J. McFarland
                                     Sophia B. Strong
                                     DOWNEY BRAND LLP
                                     555 Capitol Mall, Tenth Floor
                                     Sacramento, CA 95814-4686
                                     Tel:   (916) 444-1000

**For the Garaventa Defendants**

Dated: February 1, 2008              s/ Fred Blum
                                     Fred Blum
                                     Jeremy Huie
                                     BASSI MARTINI EDLIN & BLUM
                                     351 California St., Suite 200
                                     San Francisco, CA 94105
                                     Tel:   (415) 397-9006

**For Defendant City of Antioch**

Dated: February 1, 2008              s/ Earl Hagstrom
                                     Earl Hagstrom
                                     Matthew G. Dudley
                                     SEDGWICK, DETERT, MORAN & ARNOLD
                                     One Market Plaza
                                     Steuart Tower, 8th Floor
                                     San Francisco, CA 94105
                                     Tel: (415) 781-7900

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____        _____
                                     HON. SUSAN ILLSTON

United States' Answer to Second Amended Complaint
CV 04-2648 SI                                       3

UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on February 1, 2008, I filed the foregoing document using the ECF System, which will send notice of the filing to the following:

Lee A. Archer
Peter W. McGaw
John L. Kortum
Archer Norris
2033 North Main Street, Suite 800
Walnut Creek, CA 94596
Tel:   (925) 930-6600

Clifton J. McFarland
Sophia B. Strong
Downey Brand LLP
555 Capitol Mall, Tenth Floor
Sacramento, CA 95814-4686
Tel:   (916) 444-1000

Fred Blum
Jeremy Huie
Bassi Martini Edlin & Blum
351 California St., Suite 200
San Francisco, CA 94105
Tel:   (415) 397-9006

Earl Hagstrom
Matthew G. Dudley
Sedgwick, Detert, Moran & Arnold LLP
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, CA 94105
Tel: (415) 781-7900

s/Pamela S. Tonglao
Pamela S. Tonglao

United States' Answer to Second Amended Complaint
CV 04-2648 SI