SEDGWICK, DETERT, MORAN & ARNOLD LLP
EARL L. HAGSTRÖM  Bar No. 150958
earl.hagstrom@sdma.com
MATTHEW G. DUDLEY  Bar No. 179022
matthew.dudley@sdma.com
KELLY J. LACK Bar No. 226674
kelly.lack@sdma.com
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Defendant
CITY OF ANTIOCH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPPI-SOMERSVILLE INC., et al., | CASE NO. C 04-2648 SI |
| Plaintiffs, | **DEFENDANTS' JOINT STIPULATION AND NON-OPPOSITION TO PLAINTIFF'S THIRD AMENDED COMPLAINT** |
| v. | |
| TRC COMPANIES, INC., et al. | Judge: Hon. Susan Illston |
| Defendants. | Dept: 10 |
| | Date: March 7, 2008 |
| | Time: 9:00 a.m. |
| AND RELATED CROSS-CLAIMS AND COUNTER-CLAIMS | |

The undersigned Defendants hereby stipulate to Plaintiffs' filing of their Third Amended Complaint.

1 | DATED: February 20, 2007        SEDGWICK, DETERT, MORAN & ARNOLD LLP

By: *(signature)*
Earl L. Hagström
Attorneys for Defendant
CITY OF ANTIOCH

ATED: February 20, 2007        DOWNEY BRAND LLP

By: *(signature)*
Clifton J. McFarland, Esq.
Attorneys for Defendants
TRC COMPANIES, INC.;
GBF HOLDINGS LLC, et al.

DATED: February 20, 2007        UNITED STATES DEPARTMENT OF JUSTICE,
ENVIRONMENTAL DEFENSE SECTION

By: *(signature)*
Pamela S. Tonglao, Esq.
Attorneys for Defendants
UNITED STATES DEPARTMENT OF THE
ARMY, UNITED STATES DEPARTMENT OF
DEFENSE, DEFENSE LOGISTICS AGENCY;
UNITED STATES DEPARTMENT OF THE
NAVY

| | |
|---|---|
| DATED: February 20, 2007 | BASSI, MARTINI, EDLIN & BLUM LLP |

By: _____
Fred M. Blum, Esq.
Attorneys for Defendants
CONTRA COSTA WASTE SERVICE, INC.;
PITTSBURG DISPOSAL & DEBRIS BOX SERVICE,
INC.; ESTATE OF SILVIO GARAVENTA, SR.;
MARY C. GARAVENTA, AS ADMINISTRATRIX OF
THE ESTATE OF SILVIO GARAVENTA, SR.; MARY
C. GARAVENTA; SILVIO GARAVENTA, JR.; MARY
C. GARAVENTA, AS TRUSTEE OF THE
GARAVENTA FAMILY TRUST