SEDGWICK, DETERT, MORAN & ARNOLD LLP
EARL L. HAGSTRÖM  Bar No. 150958
earl.hagstrom@sdma.com
MATTHEW G. DUDLEY  Bar No. 179022
matthew.dudley@sdma.com
KELLY J. LACK  Bar No. 226674
kelly.lack@sdma.com
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Defendant
CITY OF ANTIOCH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPPI-SOMERSVILLE INC., et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>TRC COMPANIES, INC., et al.<br><br>  Defendants.<br><br>AND RELATED CROSS-CLAIMS AND COUNTER-CLAIMS | CASE NO. C 04-2648 SI<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' LEAVE TO FILE THIRD AMENDED COMPLAINT**<br><br>Judge: Hon. Susan Illston<br>Dept: 10<br>Date: March 7, 2008<br>Time: 9:00 a.m. |

   WHEREAS the Defendants have stipulated to Plaintiffs' filing of their Third Amended Complaint, the Court hereby grants Plaintiffs' Motion for Leave to Amend and Filing of its Third Amended Complaint.

**IT IS SO ORDERED.**

DATED: February __, 2007

_____
The Honorable Susan Illston
UNITED STATES DISTRICT JUDGE