```
 1  FRED M. BLUM, ESQ. (SBN 101586)
    JOSEPH B. ADAMS, ESQ. (SBN 194964)
 2  JONATHAN E. MEISLIN, ESQ. (SBN 243523)
    BASSI, MARTINI, EDLIN & BLUM LLP
 3  351 California Street, Suite 200
    San Francisco, CA 94104
 4  Telephone:  (415) 397-9006
    Facsimile:  (415) 397-1339
 5
 6  Attorneys for Defendants
    CONTRA COSTA WASTE SERVICE, INC., ET AL.
 7
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPPI SOMERSVILLE, et al., | CASE NO. C04-2648 ~~C 01 4029~~ SI |
| Plaintiffs, | STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO PLAINTIFF'S THIRD AMENDED COMPLAINT |
| vs. | |
| TRC COMPANIES, et al, | |
| Defendants. | |

42162_2.wpd

1

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO PLS.'S THIRD AMENDED COMPLAINT

IT IS HEREBY STIPULATED, by the parties herein, by and through their attorneys of record, as follows:

1. Due to the Defendants CITY OF PITTSBURG; CONTRA COSTA WASTE SERVICE, INC.; ESTATE OF SILVIO GARAVENTA, SR.; MARY C. GARAVENTA, as Administratirix of the ESTATE SILVIO GARAVENTA, SR.; MARY C. GARAVENTA; SILVIO GARAVENTA, JR.; MARY C. GARAVENTA, as Trustee of the GARAVENTA FAMILY TRUST; PITTSBURG DISPOSAL & DEBRIS BOX SERVICE, INC.'s (collectively the "Defendants") desire to properly respond Plaintiffs SPPI-SOMERSVILLE, INC. and SOMERSVILLE-GENTRY, INC.'s (collectively the "Plaintiffs") Third Amended Complaint ("Complaint"), Plaintiffs and Defendants (collectively the "Parties") have agreed to extend the time in which Defendants have to respond to the Complaint.

2. Based thereon, the Parties have agreed to extend the due date for the Defendants' response to the Complaint to **April 28, 2008**.

IT IS SO STIPULATED.

Dated: March 14, 2008

BASSI, MARTINI, EDLIN & BLUM LLP

By: /s/ Jonathan Meislin
JONATHAN E. MEISLIN
Attorneys for DEFENDANTS
CONTRA COSTA WASTE SERVICE, INC., ET AL.

Dated: March 25, 2008

ARCHER NORRIS

By: /s/ John Kortum
JOHN KORTUM
Attorneys for PLAINTIFFS
SPPI SOMERSVILLE, ET AL

## ORDER

Defendants have until **April 28, 2008** in order to respond to Plaintiffs' Third Amended Complaint.

**IT IS SO ORDERED.**

Dated: _____

*[signature: Susan Illston]*

Judge of the US District Court
Northern District of California.