Peter W. McGaw (Bar No. 104691)
John L. Kortum (Bar No. 148573)
ARCHER NORRIS
2033 North Main Street, Suite 800
PO Box 8035
Walnut Creek, CA 94596-3728
Telephone: 925.930.6600
Facsimile: 925.930.6620

Attorneys for Plaintiffs and Counter-Defendants
SPPI-SOMERSVILLE, INC. SOMERSVILLE-GENTRY, INC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPPI-SOMERSVILLE, INC. SOMERSVILLE-GENTRY, INC,<br><br>Plaintiffs,<br><br>v.<br><br>TRC COMPANIES, INC.; GBF HOLDINGS LLC, et al.,<br><br>Defendants, | Case No. C 04-2648 SI<br><br>Assigned to Judge Susan Illston<br><br>(Consolidated with Case No. C 07-05824 SI) |
| SPPI-SOMERSVILLE INC., SOMERSVILLE-GENTRY INC.<br><br>Plaintiffs,<br><br>vs.<br><br>CHEVRON U.S.A., INC., as successor to Standard Oil of California, Inc.,<br><br>Defendants. | Case No. C 07-05824 SI<br><br>**STIPULATION EXTENDING TIME TO FOR PLAINTIFFS TO RESPOND TO FEDERAL DEFENDANTS' COUNTER-CLAIMS (ASSERTED IN FEDERAL DEFENDANTS' AMENDED ANSWER TO THIRD AMENDED COMPLAINT)** |

Plaintiffs SPPI- Somersville, Inc. and Somersville-Gentry, Inc. and Defendant United States of America hereby agree that Plaintiffs may have until May 27, 2008 to respond to the Federal Defendants' counter-claims as asserted in the Federal Defendants' Amended Answer to Plaintiffs' Third Amended Complaint and Counterclaim, filed on April 13, 2008, Docket # 156.

A0157015/653789-1

STIPULATION EXTENDING PLAINTIFFS' TIME TO
RESPOND TO FEDERAL DEFENDANTS' COUNTER-CLAIMS
C04-2468 SI, CONSOL. W/ C07-05824

1  **SO STIPULATED**

2  Dated: May 6, 2008

ARCHER NORRIS

_____
Peter W. McGaw
Attorneys for Plaintiffs and Counter-
Defendants SPPI-SOMERSVILLE, INC. and
SOMERSVILLE-GENTRY, INC.

Dated: May 6, 2008

_____
Leslie Hill, Attorney
UNITED STATES DEPARTMENT OF
JUSTICE
Environment & Natural Resources Division
Environmental Defense Section
P.O. 23986
Washington, DC 2006-3986
Attorneys for the FEDERAL DEFENDANTS



IT IS SO ORDERED

Judge Susan Illston

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

A0157015/653789-1

2

STIPULATION EXTENDING PLAINTIFFS' TIME TO
RESPOND TO FEDERAL DEFENDANTS' COUNTER-CLAIMS
C04-2468 SI, CONSOL. W/ C07-05824