Peter W. McGaw (Bar No. 104691)
John L. Kortum (Bar No. 148573)
ARCHER NORRIS
2033 North Main Street, Suite 800
PO Box 8035
Walnut Creek, CA 94596-3728
Telephone: 925.930.6600
Facsimile: 925.930.6620

Attorneys for Plaintiffs and Counter-Defendants
SPPI-SOMERSVILLE, INC. SOMERSVILLE-GENTRY, INC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPPI-SOMERSVILLE, INC. SOMERSVILLE-GENTRY, INC, <br><br> Plaintiffs, <br><br> v. <br><br> TRC COMPANIES, INC.; GBF HOLDINGS LLC, et al., <br><br> Defendants, | Case No. C 04-2648 SI <br><br> Assigned to Judge Susan Illston <br><br> (Consolidated with Case No. C 07-05824 SI) |
| SPPI-SOMERSVILLE INC., SOMERSVILLE-GENTRY INC. <br><br> Plaintiffs, <br><br> vs. <br><br> CHEVRON U.S.A., INC., as successor to Standard Oil of California, Inc., <br><br> Defendants. | Case No. C 07-05824 SI <br><br> **STIPULATION EXTENDING TIME TO FOR PLAINTIFFS TO RESPOND TO CHEVRON'S COUNTER-CLAIMS (ASSERTED IN CHEVRON'S ANSWER TO FIRST AMENDED COMPLAINT)** |

Plaintiffs SPPI- Somersville, Inc. and Somersville-Gentry, Inc. and Defendant Chevron U.S.A., Inc. hereby agree that Plaintiffs may have until May 27, 2008 to respond to Chevron's counter-claims as asserted in Chevron's Answer to Plaintiffs' First Amended Complaint and Counterclaim, filed on April 14, 2008, Docket # 24 in matter C07-5824 SI.

A0157015/653955-1

**SO STIPULATED**

Dated: May 5, 2008

ARCHER NORRIS

_/s/ Peter W. McGaw_

Peter W. McGaw
Attorneys for Plaintiffs and Counter-Defendants SPPI-SOMERSVILLE, INC. and SOMERSVILLE-GENTRY, INC.

Dated: May 5, 2008

PILLSBURY WINTHROP SHAW PITTMAN LLP

_for /s/ Blaine I. Green_

Blaine I. Green
Attorneys for Defendant CHEVRON U.S.A., INC.