DOWNEY BRAND LLP
CLIFTON J. McFARLAND (Bar No. 136940)
ANDREW L. COLLIER (Bar No. 191137)
GREGORY T. BRODERICK (Bar No. 220871)
555 Capitol Mall, Tenth Floor
Sacramento, CA 95814-4686
Telephone: (916) 444-1000
Facsimile: (916) 444-2100
cmcfarland@downeybrand.com
acollier@downeybrand.com
gbroderick@downeybrand.com

Attorneys for Defendants
TRC Companies, Inc., and GBF Holdings LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPPI -- SOMERSVILLE, INC., SOMERSVILLE GENTRY, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>TRC COMPANIES, INC., GBF HOLDINGS, LLC, et al.,<br><br>Defendants. | Case No. C 04-2648 SI<br><br>(Consolidated with No. C 07-5824 SI)<br><br>(Related to No. C 04-2225 SI)<br><br>**JOINT STIPULATION OF ALL PARTIES TO CORRECT SCHEDULE AND [PROPOSED] ORDER** |
| SPPI -- SOMERSVILLE, INC., SOMERSVILLE GENTRY, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>CHEVRON USA, INC., as successor to Standard Oil California, Inc.<br><br>Defendants. | |

Pursuant to Federal Rule of Civil Procedure 7 and Local Civil Rules 6 and 7-12, all parties in the above-captioned matters hereby stipulate to the following facts and join in the request to correct the pretrial schedule and trial date.

In its April 22, 2008, Order consolidating *SPPI Somersville, et al., v. TRC, et al*, (04-2648) with *SPPI-Somersville, et al., v. Chevron* (07-5824), this Court ordered the Plaintiffs to file

a master complaint covering both actions and indicated that the "Court and the parties will set a pretrial schedule for the consolidated cases at the June 6, 2008 case management conference." Order at 2, lines 11-12 (Case No. 07-5248, Docket No. 26). Given the newly consolidated actions and the various parties added over time, it was apparent that the Court would vacate the November 2008, trial date and the related schedule it had set for the *SPPI* case in February of 2007. *See* Pretrial Preparation Order (Case No. 04-2648, Docket No. 79).

In advance of that status conference, the parties filed a joint case management conference with this Court suggesting that the Court simply adopt the trial schedule it had previously set in the *Chevron* case, No. 07-5248. *See* First Joint Case Management Conference Statement in Consolidated Action, (Case No. 04-2648, Docket No. 179). At the June 6, 2008, joint case management conference, the Court and the parties agreed that the *Chevron* deadlines would control. As such, the new pretrial schedule should be:

April 3, 2009: Designation of Experts

April 24, 2009: Designation of Rebuttal Experts

June 26, 2009: Non-Expert Discovery Cutoff

June 26, 2009: Expert Discovery Cutoff

July 3, 2009: Last Day to File Dispositive Motions

July 17, 2009: Last Day to File Oppositions to Dispositive Motions

July 24, 2009: Last Day to File Replies in Support of Dispositive Motions

August 7, 2009: Last Day for Hearing on Dispositive Motions

September 22, 2009: Pretrial Conference Date (at 3:30 PM)

October 5, 2009: Trial Date (at 8:30 AM)

This schedule was and remains acceptable to all parties.

Following the case management conference, however, the Court inadvertently re-issued the old, February 2007 schedule in attempting to memorialize the June 6 status conference on the docket.[1] That schedule includes dates that had already passed and retained the trial date for

---

[1] To conform the docket with the schedule ordered at the CMC, this stipulation and order supersede docket entry #180 in Case No. 04-2648.

943010.1

2

JOINT STIPULATION OF ALL PARTIES TO CORRECT SCHEDULE

1  November 2008.  This appears to have been inadvertent, and can be corrected by stipulation.

2       As such, the parties respectfully request that the Court approve this stipulation and

3  confirm the following schedule for Case No. 04-2648 (consolidated with No. C 07-5824 SI):

4       April 3, 2009: Designation of Experts

5       April 24, 2009: Designation of Rebuttal Experts

6       June 26, 2009: Non-Expert Discovery Cutoff

7       June 26, 2009: Expert Discovery Cutoff

8       July 3, 2009: Last Day to File Dispositive Motions

9       July 17, 2009: Last Day to File Oppositions to Dispositive Motions

10       July 24, 2009: Last Day to File Replies in Support of Dispositive Motions

11       August 7, 2009: Last Day for Hearing on Dispositive Motions

12       September 22, 2009: Pretrial Conference Date (at 3:30 PM)

13       October 5, 2009: Trial Date (at 8:30 AM)

14  Respectfully Submitted,

15  DATED:  July 29, 2008          DOWNEY BRAND LLP

17                          By:     /s/ Clifton McFarland
18                                CLIFTON J. MCFARLAND
                               Attorneys for Defendants
19                          TRC COMPANIES INC. & GBF HOLDINGS
                        LLC, AND GENERATOR DEFENDANTS

20  DATED:  July 29, 2008          SEDGWICK, DETERT, MORAN & ARNOLD

22                          By:     /s/ Earl Hagström
23                                EARL HAGSTRÖM
                               Attorneys for Defendant
                               CITY OF ANTIOCH

| | | |
|---|---|---|
| 1 | DATED: July 29, 2008 | BASSI, MARTINI, EDLIN, & BLUM |
| 2 | | |
| 3 | | By: /s/ Fred Blum |
| 4 | | FRED M. BLUM<br>Attorneys for Defendants |
| 5 | | CITY OF PITTSBURG, CA and<br>CONTRA COSTA WASTE SERVICE, INC., ET AL. |
| 6 | | |
| 7 | DATED: July 29, 2008 | PILLSBURY WINTHROP SHAW PITTMAN LLP |
| 8 | | |
| 9 | | By: /s/ Blaine Green |
| 10 | | BLAINE I. GREEN<br>Attorneys for Defendant<br>CHEVRON U.S.A. INC. |
| 11 | | |
| 12 | DATED: July 29, 2008 | RONALD J. TENPAS<br>Assistant Attorney General |
| 13 | | Environment & Natural Resources Division<br>United States Department of Justice |
| 14 | | |
| 15 | | By: /s/ Leslie Hill |
| 16 | | LESLIE M. HILL<br>Attorneys for Federal Defendants |
| 17 | | |
| 18 | DATED: July 29, 2008 | ARCHER NORRIS |
| 19 | | |
| 20 | | By: /s/ Peter McGaw |
| 21 | | PETER W. McGAW<br>Attorneys for Plaintiffs |
| 22 | | SPPI-SOMERSVILLE, INC., and<br>SOMERSVILLE-GENTRY, INC. |

943010.1

4

JOINT STIPULATION OF ALL PARTIES TO CORRECT SCHEDULE

1   PURSUANT TO STIPULATION, IT IS SO ORDERED.

3   DATED: _____      _____
                                                      UNITED STATES DISTRICT JUDGE