DOWNEY BRAND LLP
CLIFTON J. McFARLAND (Bar No. 136940)
ANDREW L. COLLIER (Bar No. 191137)
GREGORY T. BRODERICK (Bar No. 220871)
JANICE H. LAI (Bar No, 244995)
621 Capitol Mall, 18th Floor
Sacramento, CA 95814-4686
Telephone: (916) 444-1000
Facsimile: (916) 444-2100
cmcfarland@downeybrand.com
acollier@downeybrand.com
gbroderick@downeybrand.com
jlai@downeybrand.com

Attorneys for Defendants
TRC Companies, Inc., and GBF Holdings LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPPI-SOMERSVILLE, INC., SOMERSVILLE-GENTRY, INC., <br><br>Plaintiffs,<br><br>v.<br><br>TRC COMPANIES, INC.; GBF HOLDINGS, LLC, et al.,<br><br>Defendants. | Case No. C 04-2648 SI<br><br>(Consolidated with No. C 07-5824 SI)<br><br>(Related to No. C04-2225 SI)<br><br>**JOINT STIPULATION OF ALL PARTIES TO REVISE CERTAIN PRE-TRIAL DEADLINES AND [PROPOSED] ORDER THEREON** |
| SPPI-SOMERSVILLE, INC., SOMERSVILLE-GENTRY, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>CHEVRON U.S.A. INC., as successor to Standard Oil of California, Inc.,<br><br>Defendants. | |

///

///

983365.1

1

JOINT STIPULATION OF ALL PARTIES TO REVISE CERTAIN PRE-TRIAL DEADLINES

Pursuant to Federal Rule of Civil Procedure 7 and Local Civil Rules 6 and 7-12, by and through their respective attorneys, all parties in the above-captioned matters (lead case C-04 2648) enter into this Stipulation to Revise Certain Pre-trial Deadlines (the "Stipulation"):

## RECITALS

A. In or about July, 2008, the Court approved the Joint Stipulation of All Parties to Correct Schedule (the "Prior Stipulation").

B. The Prior Stipulation, as ordered by the Court, corrected and set certain pre-trial deadlines. A true and correct copy of the Prior Stipulation is attached hereto as Exhibit 1.

C. The Parties desire to amend, in part, the Prior Stipulation and to extend certain pre-trial deadlines, while retaining the trial date.

## AGREEMENT

1. The Parties agree that the following dates and deadlines shall apply and that the Prior Stipulation is deemed amended to provide as follows:

    a. May 29, 2009, shall be the last date to conduct fact or lay witness discovery (amending prior date of June 26, 2009);

    b. June 12, 2009, shall be the last date to disclose expert witnesses (amending prior date of April 3, 2009);

    c. June 22, 2009, shall be the last date to disclose rebuttal expert witnesses (amending prior date of April 24, 2009);

    d. July 10, 2009, shall be the last date to conduct expert witness discovery (amending prior June 26, 2009);

    e. July 17, 2009, shall be the last date to file dispositive motions (amending prior date of July 3, 2009);

    f. 7/31/09 ~~August 7, 2009~~, shall be the last date to file any opposition to any dispositive motions filed on July 24, 2009 (amending prior date of July 17, 2009);

    g. August 7, ~~14,~~ 2009, shall be the last date to file any reply to any opposition to any dispositive motions filed on July 24, 2009 (amending prior date of July 24, 2009);

    h. August 21, ~~28,~~ 2009, shall be the last date to have heard any dispositive

983365.1

2

JOINT STIPULATION OF ALL PARTIES TO REVISE CERTAIN PRE-TRIAL DEADLINES

1  motions filed on July 24, 2009 (amending prior date of August 7, 2009);

2        i.     September 4, 2009, shall be the last date for pre-trial disclosures;

3        j.     September 18, 2009, shall be the last date for any objections to any pre-trial disclosures;

5        k.     September 22, 2009, shall be the date of the pre-trial conference at 3:30 p.m. (prior date retained);

7        l.     October 5, 2009, shall be the trial date, commencing at 8:30 a.m. (prior date retained).

DATED: February 2, 2009        DOWNEY BRAND LLP

By:    /s/ Clifton McFarland
CLIFTON J. MCFARLAND
Attorneys for Defendants
TRC COMPANIES INC. & GBF HOLDINGS LLC, AND GENERATOR DEFENDANTS

DATED: February 2, 2009        SEDGWICK, DETERT, MORAN & ARNOLD

By:    /s/ Earl Hagström
EARL HAGSTRÖM
Attorneys for Defendant
CITY OF ANTIOCH

| | | |
|---|---|---|
| 1 | DATED: February 2, 2009 | BASSI, MARTINI, EDLIN, & BLUM |

By: /s/ Fred Blum
FRED M. BLUM
Attorneys for Defendants
CITY OF PITTSBURG, CA and
CONTRA COSTA WASTE SERVICE, INC., ET AL.

DATED: February 2, 2009          PILLSBURY WINTHROP SHAW PITTMAN LLP

By: /s/ Blaine Green
BLAINE I. GREEN
Attorneys for Defendant
CHEVRON U.S.A. INC.

DATED: February 2, 2009          JOHN C. CRUDEN
Acting Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice

By: /s/ Leslie Hill
LESLIE M. HILL
Attorneys for Federal Defendants

DATED: February 2, 2009          ARCHER NORRIS

By: /s/ Peter McGaw
PETER W. McGAW
Attorneys for Plaintiffs
SPPI-SOMERSVILLE, INC., and
SOMERSVILLE-GENTRY, INC.

983365.1

4

JOINT STIPULATION OF ALL PARTIES TO REVISE CERTAIN PRE-TRIAL DEADLINES

## ORDER APPROVING STIPULATION

Good cause appearing, IT IS HEREBY ORDERED THAT the foregoing Stipulation is the Order of the Court.

DATED: 2/2/09

_____
UNITED STATES DISTRICT JUDGE