| | |
|---|---|
| 1 | PILLSBURY WINTHROP SHAW PITTMAN LLP |
| | BLAINE I. GREEN  #193028 |
| 2 | blaine.green@pillsburylaw.com |
| | JEFFREY S. JACOBI #252884 |
| 3 | jeffrey.jacobi@pillsburylaw.com |
| | 50 Fremont Street |
| 4 | Post Office Box 7880 |
| | San Francisco, CA  94120-7880 |
| 5 | Telephone: (415) 983-1000 |
| | Facsimile: (415) 983-1200 |
| 6 | |
| | Attorneys for Defendant |
| 7 | CHEVRON U.S.A. INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPPI-SOMERSVILLE INC., SOMERSVILLE-GENTRY INC., | Case No. C 04-2648 SI (consolidated with Case No. C 07-5824 SI) |
| Plaintiffs, | **JOINT STIPULATION OF ALL PARTIES RE: PLEADINGS IN CONSOLIDATED CASES; PROPOSED ORDER THEREON** |
| vs. | |
| TRC COMPANIES, INC., GBF HOLDINGS LLC, et al., | |
| Defendants. | |
| SPPI-SOMERSVILLE INC., SOMERSVILLE-GENTRY INC., | |
| Plaintiffs, | |
| vs. | |
| CHEVRON U.S.A., INC., as successor to Standard Oil of California, Inc., | |
| Defendant. | |

701405099v1

JOINT STIPULATION RE: PLEADINGS IN
CONSOLIDATED CASES
Case No. 04-2648 SI, Consol. with No. C-07-5824 SI

1    Pursuant to Local Civil Rule 7-12, all parties in the above-captioned matters hereby
2    stipulate as follows:
3
4                                       **RECITALS**
5    WHEREAS, SPPI-Somersville, Inc. and Somersville-Gentry Inc. (collectively,
6    "SPPI") filed suit against TRC Companies, Inc., et al., in Case No. 04-2648 SI ("the Lead
7    Action") on June 30, 2004;
8    WHEREAS, SPPI filed suit against Chevron U.S.A. Inc. ("Chevron") in Case No.
9    07-5824 SI ("the Chevron Action") on November 15, 2007;
10   WHEREAS, on June 4, 2008, the Court consolidated the Lead Action and the
11   Chevron Action, and the Court ordered SPPI to file a master complaint for both
12   consolidated cases;
13   WHEREAS, on July 16, 2008, SPPI filed a Master Complaint in the Lead Action
14   (Dkt. 181) and the Chevron Action (Dkt. 32);
15   WHEREAS, on August 6, 2008, in the Chevron Action, Chevron filed a Third Party
16   Complaint (Dkt. 37) against the City of Antioch;
17   WHEREAS, on September 12, 2008, in the Lead Action, TRC Companies, Inc. and
18   GBF Holdings, LLC (collectively, "TRC Companies") and the Generator Defendants
19   answered the Master Complaint and filed cross-claims against Chevron and all other
20   defendants (Dkts. 205 and 206);
21   WHEREAS, on September 26, 2008, in the Chevron Action, Antioch filed a Third
22   Party Complaint (Dkt. 41) against Contra Costa Waste Service, Inc., the City of Pittsburg,
23   Estate of Silvio Garaventa, Sr., Mary C. Garaventa, as Administratrix of the Estate of Silvio
24   Garaventa, Sr., Mary C. Garaventa, Silvio Garaventa, Jr., Mary C. Garaventa, as Trustee of
25   the Garaventa Family Trust, Pittsburg Disposal & Debris Box Service, Inc. (collectively,
26   "the CCWS Defendants"), TRC Companies and other defendants, as well as counter-claims
27   against Chevron;
28

1   WHEREAS, on September 26, 2008, in the Chevron Action, Antioch filed an
2   answer and counter-claims to Chevron's Third Party Complaint which included cross-
3   claims against SPPI (Dkt. 42);
4   WHEREAS, on October 16, 2008, in the Chevron Action, Chevron answered
5   Antioch's counter-claims and filed cross-claims (Dkt. 43) against TRC Companies and the
6   CCWS Defendants;
7   WHEREAS, on March 17, 2009, in the Lead Action, CCWS Defendants answered
8   the Master Complaint (Dkt. 236);
9   WHEREAS, Chevron and Antioch are not original parties to the Lead Action;
10  WHEREAS, TRC Companies, the Generator Defendants, and the CCWS
11  Defendants are not original parties to the Chevron Action;
12  WHEREAS, all third party claims and cross-claims, whether filed in the Lead
13  Action or the Chevron Action, are descendants of the Master Complaint filed in each action
14  ("Descendant Pleadings");
15  WHEREAS, as alleged in the Descendant Pleadings, liability is disputed as between
16  all defendants in the Lead Action and Chevron Action;
17  WHEREAS, as alleged in the Descendant Pleadings, whether filed in the Lead
18  Action or the Chevron Action, defendants deny their liability as to each other, assert various
19  affirmative defenses, and allege third party claims and cross-claims against each other;
20  WHEREAS, to avoid the filing of duplicative, additional pleadings in the Lead
21  Action and the Chevron Action, the parties wish to stipulate that (1) all third party claims
22  and cross-claims in the Descendant Pleadings are denied, disputed and at issue among the
23  defendants (and that affirmative defenses of defendants' answers to the Master Complaint
24  are deemed as affirmative defenses to the Descendant Pleadings), without the need to file
25  any further responsive pleading in the Lead Action or in the Chevron Action, and (2) the
26  Descendant Pleadings shall be operative pleadings in the Lead Action, with all further
27  documents to be filed in the Lead Action only.
28

                                 CONSOLIDATED CASES
                Case No. 04-2648 SI, Consol. with No. C-07-5824 SI

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED as follows by and among the parties hereto through their undersigned counsel:

1. All third party claims and cross-claims in the Descendant Pleadings are denied, disputed and at issue among the defendants (and that affirmative defenses of defendants' answers to the Master Complaint are deemed as affirmative defenses to the Descendant Pleadings), without the need to file any further responsive pleading in the Lead Action or in the Chevron Action; and

2. The Descendant Pleadings shall be operative pleadings in the Lead Action, with all further documents to be filed in the Lead Action only.

Respectfully Submitted,

DATED: March 24, 2009.   PILLSBURY WINTHROP SHAW PITTMAN LLP

By:   /s/ Blaine Green
BLAINE I. GREEN
Attorneys for Defendant
CHEVRON U.S.A. INC.

DATED: March 24, 2009.   DOWNEY BRAND LLP

By:   /s/ Clifton McFarland
CLIFTON J. MCFARLAND
Attorneys for Defendants
TRC COMPANIES INC. & GBF HOLDINGS
LLC, AND GENERATOR DEFENDANTS

DATED: March 24, 2009.   SEDGWICK, DETERT, MORAN & ARNOLD

By:   /s/ Earl Hagström
EARL HAGSTRÖM
Attorneys for Defendant
CITY OF ANTIOCH

| | | |
|---|---|---|
| 1 | DATED: March 24, 2009. | BASSI, EDLIN, HUIE & BLUM LLP |
| 2 | | |
| 3 | | By: /s/ Fred Blum |
| 4 | | FRED M. BLUM<br>Attorneys for Defendants |
| 5 | | CONTRA COSTA WASTE SERVICE, INC., ET AL. |
| 6 | DATED: March 24, 2009. | JOHN C. CRUDEN<br>Acting Assistant Attorney General |
| 7 | | Environment and Natural Resources Division |
| 8 | | By: /s/ Leslie Hill |
| 9 | | LESLIE M. HILL<br>Attorneys for Federal Defendants |
| 10 | | |
| 11 | DATED: March 24, 2009. | ARCHER NORRIS |
| 12 | | By: /s/ Peter McGaw |
| 13 | | PETER W. McGAW<br>Attorneys for Plaintiffs |
| 14 | | SPPI-SOMERSVILLE, INC., and<br>SOMERSVILLE-GENTRY, INC. |

### ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:_____

/s/ Susan Illston

UNITED STATES DISTRICT JUDGE