United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SPPI-SOMERSVILLE, INC., *et al.*,                    No. C 04-2648 SI

      Plaintiffs,                    **ORDER GRANTING DEFENDANT CITY OF ANTIOCH'S MOTION TO COMPEL**

  v.

TRC COMPANIES, INC., *et al.*,

      Defendants.
                         /

Defendant City of Antioch has filed a letter brief seeking an order compelling defendants TRC Companies, Inc. and GBF Holdings LLC (collectively "TRC") to respond to Antioch's request for production of documents by either (1) producing the original documents for inspection or copying, or (2) providing to Antioch copies of the nearly 100,000 pages of scanned .pdf format images along with a usable table of contents. Antioch contends that thus far, TRC has produced images in a non-searchable format and without any index or method of identifying documents. TRC has not opposed the motion.

The Court GRANTS Antioch's motion. (Docket No. 253). By **April 16, 2009**, TRC shall either produce original paper copies of records, as kept in the ordinary course of business for Antioch to inspect and copy, or alternatively TRC must provide copies of the scanned images along with a usable table of contents or an index.

**IT IS SO ORDERED.**

Dated: April 13, 2009

SUSAN ILLSTON
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California