Paul P. Spaulding III (State Bar No. 083922)
    sspaulding@fbm.com
James H. Colopy (State Bar No. 172806)
    jcolopy@fbm.com
Andrew W. Ingersoll (State Bar No. 221348)
    aingersoll@fbm.com
FARELLA BRAUN + MARTEL LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
Telephone:    (415) 954-4400
Facsimile:    (415) 954-4480

Peter W. McGaw (State Bar No. 104691)
John L. Kortum (State Bar No. 148573)
ARCHER NORRIS
2033 North Main Street, Suite 800
Walnut Creek, CA  94596-3728
Telephone:    (925) 930-6600
Facsimile:    (925) 930-6620

Attorneys for Plaintiffs and Counterdefendants
SPPI-SOMERSVILLE, INC. and
SOMERSVILLE-GENTRY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SPPI-SOMERSVILLE, INC. and SOMERSVILLE-GENTRY, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> TRC COMPANIES, INC.; and GBF HOLDINGS LLC, *et al.*, <br><br> Defendants. | Case No.  C 04-2648 SI (Consolidated with Case No. C 07-05824 SI) <br><br> **STIPULATION AND [PROPOSED] ORDER REGARDING AUTHENTICITY DISCOVERY** |
| SPPI-SOMERSVILLE, INC. and SOMERSVILLE-GENTRY, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> CHEVRON U.S.A., INC., as successor to Standard Oil of California, Inc., <br><br> Defendant. | |

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

STIPULATION AND [PROPOSED] ORDER RE:
AUTHENTICITY DISCOVERY - No. C 04-2648 SI

24467\1934396.1

WHEREAS, the last day to conduct fact discovery in these consolidated lawsuits is May 29, 2009, the last day to serve expert reports is June 12, 2009, the last day to file summary judgment motions is July 17, 2009, and the trial date is October 5, 2009;

WHEREAS, the parties believe it is appropriate to set a separate deferred process and schedule for the parties to meet and confer and conduct discovery if necessary concerning questions of authenticity, for the following reasons:

1. the significant amount of deposition discovery and other discovery to be completed by the May 29, 2009 deadline for fact discovery;

2. the large volume of documents produced during discovery in this lawsuit, and the large volume of documents still being produced during discovery;

3. the nature of this lawsuit whereby some documents were created many years ago, and/or were created by persons or entities who are not parties to the litigation; and

4. the good faith representations of counsel that the authenticity of most documents will not be disputed.

WHEREAS, the current pretrial and trial schedule would otherwise remain unchanged;

NOW, THEREFORE, all parties below, by and through their respective counsel, stipulate and request pursuant to Civil Local Rule 6-2 that this Court enter the following Order:

## STIPULATION AND REQUESTED ORDER

1. Discovery by any party regarding the authenticity of documents, materials or other information need not be conducted or completed before the May 29, 2009 deadline to conduct fact discovery;

2. There shall be a rebuttable presumption of authenticity for documents, materials or other information for purposes of Rules 901-903 of the Federal Rules of Evidence if timely produced by a party or subpoenaed third-party during discovery to this litigation in response to a discovery request in this litigation or as part of a disclosure in this litigation pursuant to Rule 26(a) of the Federal Rules of Civil Procedure;

3. Other parties reserve the right to seek to rebut the presumption of authenticity, and between May 29, 2009 and June 26, 2009, the parties shall meet and confer concerning any

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATION AND [PROPOSED] ORDER RE:
AUTHENTICITY DISCOVERY – No. C 04-2648 SI

- 2 -

24467\1934396.1

1  objections that may be raised to the authenticity of specific individual or categories of documents,

2  materials or other information;

3      3.      To the extent the objections cannot be resolved, and to the extent a party believes

4  it needs to conduct discovery on such issues, such discovery shall occur between June 29, 2009

5  and August 15, 2009.  The scope of any such discovery shall be limited to the question of

6  authenticity as defined by Rules 901-903 of the Federal Rules of Evidence.

7

8  PURSUANT TO STIPULATION, IT IS SO ORDERED.

9

10  Dated:_____          _____

11                                          Hon. Susan Illston
                                            United States District Judge

12

13  IT IS SO STIPULATED.

14

15  Dated:  May 8, 2009              FARELLA BRAUN + MARTEL LLP

16

17                                   By:____/s/  James H. Colopy_____
                                         James H. Colopy, Esq.

18                                       Attorneys for Plaintiffs
                                         SPPI-SOMERSVILLE, INC. and SOMERSVILLE-
19                                       GENTRY, INC.

20  Dated:  May __, 2009             DOWNEY BRAND LLP

21

22                                   By:_____
23                                       Andrew Collier, Esq.

24                                       Attorneys for Defendants
                                         TRC COMPANIES, INC.
25                                       GBF HOLDINGS LLC, *et al.*

26

27

28

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

STIPULATION AND [PROPOSED] ORDER RE:
AUTHENTICITY DISCOVERY − No. C 04-2648 SI                - 3 -                24467\1934396.1

1    Dated:  May __, 2009          SEDGWICK, DETERT, MORAN & ARNOLD LLP

2

3                                  By:_____
                                        Earl  L. Hagström, Esq.
4
                                   Attorneys for Defendant
5                                  CITY OF ANTIOCH

6
     Dated:  May __, 2009          BASSI, MARTINI, EDLIN & BLUM LLP
7

8
                                   By:_____
9                                       Fred M. Blum, Esq.

10                                 Attorneys for Defendants
                                   CONTRA COSTA WASTE SERVICE, INC.;
11                                 PITTSBURG DISPOSAL & DEBRIS BOX SERVICE,
                                   INC.; ESTATE OF SILVIO GARAVENTA, SR.;
12                                 MARY C. GARAVENTA, AS ADMINISTRATRIX
                                   OF THE ESTATE OF SILVIO GARAVENTA, SR.;
13                                 MARY C. GARAVENTA; SILVIO GARAVENTA,
                                   JR.; MARY C. GARAVENTA, AS TRUSTEE OF
14                                 THE GARAVENTA FAMILY TRUST; AND THE
                                   CITY OF PITTSBURG
15
     Dated:  May __, 2009          PILLSBURY WINTHROP SHAW PITTMAN LLP
16

17
                                   By:_____
18                                      Blaine I. Green, Esq.

19                                 Attorneys for Defendant
                                   CHEVRON U.S.A. INC.
20

21   Dated:  May __, 2009          UNITED STATES DEPARTMENT OF JUSTICE,
                                   ENVIRONMENTAL DEFENSE SECTION
22

23
                                   By:_____
24                                      Leslie M. Hill, Esq.

25                                 Attorneys for Defendants
                                   UNITED STATES DEPARTMENT OF THE ARMY,
26                                 UNITED STATES DEPARTMENT OF DEFENSE,
                                   DEFENSE LOGISTICS AGENCY; UNITED STATES
27                                 DEPARTMENT OF THE NAVY

28

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

STIPULATION AND [PROPOSED] ORDER RE:
AUTHENTICITY DISCOVERY – No. C 04-2648 SI          - 4 -                    24467\1934396.1

1   objections that may be raised to the authenticity of specific individual or categories of documents,

2   materials or other information;

3          3.     To the extent the objections cannot be resolved, and to the extent a party believes

4   it needs to conduct discovery on such issues, such discovery shall occur between June 29, 2009

5   and August 15, 2009.  The scope of any such discovery shall be limited to the question of

6   authenticity as defined by Rules 901-903 of the Federal Rules of Evidence.

7

8   PURSUANT TO STIPULATION, IT IS SO ORDERED.

9

10  Dated:_____          _____

11                                         Hon. Susan Illston
                                           United States District Judge
12

13  IT IS SO STIPULATED.

14

15  Dated:  May __, 2009              FARELLA BRAUN + MARTEL LLP

16

17                                    By:_____
                                         James H. Colopy, Esq.
18                                    Attorneys for Plaintiffs
                                      SPPI-SOMERSVILLE, INC. and SOMERSVILLE-
19                                    GENTRY, INC.

20  Dated:  May 7, 2009               DOWNEY BRAND LLP

21

22                                    By:_____
                                         Andrew Collier, Esq.
23

24                                    Attorneys for Defendants
                                      TRC COMPANIES, INC.
25                                    GBF HOLDINGS LLC, *et al.*

26

27

28

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATION AND [PROPOSED] ORDER RE:
AUTHENTICITY DISCOVERY – No. C 04-2648 SI       - 3 -              24467\1934396.1

Dated: May 7, 2009   SEDGWICK, DETERT, MORAN & ARNOLD LLP

By: _____
  Earl L. Hagström, Esq.

Attorneys for Defendant
CITY OF ANTIOCH

Dated: May __, 2009  BASSI, MARTINI, EDLIN & BLUM LLP

By:_____
  Fred M. Blum, Esq.

Attorneys for Defendants
CONTRA COSTA WASTE SERVICE, INC.;
PITTSBURG DISPOSAL & DEBRIS BOX SERVICE,
INC.; ESTATE OF SILVIO GARAVENTA, SR.;
MARY C. GARAVENTA, AS ADMINISTRATRIX
OF THE ESTATE OF SILVIO GARAVENTA, SR.;
MARY C. GARAVENTA; SILVIO GARAVENTA,
JR.; MARY C. GARAVENTA, AS TRUSTEE OF
THE GARAVENTA FAMILY TRUST; AND THE
CITY OF PITTSBURG

Dated: May __, 2009  PILLSBURY WINTHROP SHAW PITTMAN LLP

By:_____
  Blaine I. Green, Esq.

Attorneys for Defendant
CHEVRON U.S.A. INC.

Dated: May __, 2009  UNITED STATES DEPARTMENT OF JUSTICE,
ENVIRONMENTAL DEFENSE SECTION

By:_____
  Leslie M. Hill, Esq.

Attorneys for Defendants
UNITED STATES DEPARTMENT OF THE ARMY,
UNITED STATES DEPARTMENT OF DEFENSE,
DEFENSE LOGISTICS AGENCY; UNITED STATES
DEPARTMENT OF THE NAVY

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATION AND [PROPOSED] ORDER RE:
AUTHENTICITY DISCOVERY – No. C 04-2648 SI  - 4 -  24467\1934396.1

```
 1   Dated: May __, 2009          SEDGWICK, DETERT, MORAN & ARNOLD LLP

 2

 3                                By:_____
                                     Earl L. Hagström, Esq.
 4
                                  Attorneys for Defendant
 5                                CITY OF ANTIOCH

 6
     Dated: May __, 2009          BASSI, MARTINI, EDLIN & BLUM LLP
 7

 8                                By:_____
                                     Fred M. Blum, Esq.
 9

10                                Attorneys for Defendants
                                  CONTRA COSTA WASTE SERVICE, INC.;
11                                PITTSBURG DISPOSAL & DEBRIS BOX SERVICE,
                                  INC.; ESTATE OF SILVIO GARAVENTA, SR.;
12                                MARY C. GARAVENTA, AS ADMINISTRATRIX
                                  OF THE ESTATE OF SILVIO GARAVENTA, SR.;
13                                MARY C. GARAVENTA; SILVIO GARAVENTA,
                                  JR.; MARY C. GARAVENTA, AS TRUSTEE OF
14                                THE GARAVENTA FAMILY TRUST; AND THE
                                  CITY OF PITTSBURG
15
     Dated: May __, 2009          PILLSBURY WINTHROP SHAW PITTMAN LLP
16

17                                By:_____
                                     Blaine I. Green, Esq.
18

19                                Attorneys for Defendant
                                  CHEVRON U.S.A. INC.
20

21   Dated: May __, 2009          UNITED STATES DEPARTMENT OF JUSTICE,
                                  ENVIRONMENTAL DEFENSE SECTION
22

23
                                  By:_____
24                                   Leslie M. Hill, Esq.

25                                Attorneys for Defendants
                                  UNITED STATES DEPARTMENT OF THE ARMY,
26                                UNITED STATES DEPARTMENT OF DEFENSE,
                                  DEFENSE LOGISTICS AGENCY; UNITED STATES
27                                DEPARTMENT OF THE NAVY

28
```

Dated: May __, 2009             SEDGWICK, DETERT, MORAN & ARNOLD LLP

By:_____
       Earl L. Hagström, Esq.

Attorneys for Defendant
CITY OF ANTIOCH

Dated: May __, 2009             BASSI, MARTINI, EDLIN & BLUM LLP

By:_____
       Fred M. Blum, Esq.

Attorneys for Defendants
CONTRA COSTA WASTE SERVICE, INC.;
PITTSBURG DISPOSAL & DEBRIS BOX SERVICE,
INC.; ESTATE OF SILVIO GARAVENTA, SR.;
MARY C. GARAVENTA, AS ADMINISTRATRIX
OF THE ESTATE OF SILVIO GARAVENTA, SR.;
MARY C. GARAVENTA; SILVIO GARAVENTA,
JR.; MARY C. GARAVENTA, AS TRUSTEE OF
THE GARAVENTA FAMILY TRUST; AND THE
CITY OF PITTSBURG

Dated: May __, 2009             PILLSBURY WINTHROP SHAW PITTMAN LLP

By:_____
       Blaine I. Green, Esq.

Attorneys for Defendant
CHEVRON U.S.A. INC.

Dated: May _8_, 2009            UNITED STATES DEPARTMENT OF JUSTICE,
ENVIRONMENTAL DEFENSE SECTION

By:_____
       Leslie M. Hill, Esq.

Attorneys for Defendants
UNITED STATES DEPARTMENT OF THE ARMY,
UNITED STATES DEPARTMENT OF DEFENSE,
DEFENSE LOGISTICS AGENCY; UNITED STATES
DEPARTMENT OF THE NAVY

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATION AND [PROPOSED] ORDER RE:
AUTHENTICITY DISCOVERY – No. C 04-2648 SI      - 4 -                24467\1934396.1