1   Paul P. Spaulding III (State Bar No. 083922)
     sspaulding@fbm.com
2   James H. Colopy (State Bar No. 172806)
     jcolopy@fbm.com
3   Ruth Ann Castro (State Bar No. 209448)
     rcastro@fbm.com
4   Farella Braun + Martel LLP
     235 Montgomery Street, 17th Floor
5   San Francisco, CA 94104
     Telephone: (415) 954-4400
6   Facsimile: (415) 954-4480

7   Peter W. McGaw (State Bar No. 104691)
     pmcgaw@archernorris.com
8   John L. Kortum (State Bar No. 148573)
     jkortum@archernorris.com
9   ARCHER NORRIS
     2033 North Main Street, Suite 800
10   Walnut Creek, CA 94596-3728
     Telephone: (925) 930-6600
11   Facsimile: (925) 930-6620

12   Attorneys for Plaintiffs
     SPPI-SOMERSVILLE, INC. and
13   SOMERSVILLE-GENTRY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| SPPI-SOMERSVILLE, INC. and SOMERSVILLE-GENTRY, INC.,<br><br>    Plaintiffs,<br><br>    vs.<br><br>TRC COMPANIES, INC.;<br>GBF HOLDINGS LLC, *et al.*,<br><br>    Defendants. | Case No. C 04-02648-SI<br>(Consolidated with Case No. C 07-05824 SI)<br><br>**STIPULATION AND [PROPOSED] ORDER** |
| SPPI-SOMERSVILLE, INC. and SOMERSVILLE-GENTRY, INC.,<br><br>    Plaintiffs,<br><br>    vs.<br><br>CHEVRON U.S.A., INC., as successor to Standard Oil of California, Inc.,<br><br>    Defendants. | |

WHEREAS Plaintiffs SPPI-Somersville, Inc. and Somersville-Gentry, Inc. ("Plaintiffs") and defendant City of Antioch ("Antioch") have reached a settlement of all claims in this action;

WHEREAS Antioch will be filing a Motion seeking good faith court approval of the settlement, which will be joined by Plaintiffs;

WHEREAS Antioch and Plaintiffs seek to have the Motion heard on shortened time on September 22, 2009;

WHEREAS Antioch and Plaintiffs have filed motions in limine, and have exchanged jury instructions as between them;

IT IS HEREBY STIPULATED:

1. Each Motion in Limine filed by Antioch is taken off calendar and held in abeyance, without requiring any opposition, unless another party has joined that Motion in Limine. If a Motion in Limine filed by Antioch is joined by another party, such Motion(s) remain set for briefing and hearing under the current schedule previously set by the Court;

2. Antioch is not required to file Oppositions by the current deadline of September 18, 2009, to any Motion in Limine filed by Plaintiffs;

3. Any jury instruction proposed by Antioch is not required to be included in the set of Jury Instructions being jointly submitted by the parties to the Court, unless another party has joined that jury instruction. If a jury instruction proposed by Antioch is joined by another party, it shall be included in the joint submission to the Court.

4. Should the Antioch's Motion for good faith court approval not be granted, the Motions in Limine that were taken off calendar, and the jury instructions that were not included in the joint submission to the court, will be heard and resolved by the Court without prejudice to Antioch or Plaintiffs.

IT IS SO STIPULATED

DATED:  September 16, 2009        FARELLA BRAUN + MARTEL LLP

By: _____/s/_____
                James H. Colopy

Attorneys for Plaintiffs
SPPI-SOMERSVILLE, INC., and
SOMERSVILLE-GENTRY, INC.

DATED:  September 16, 2009        SEDGWICK, DETERT, MORAN & ARNOLD LLP

By: _____/s/_____
                Earl L. Hagström
                Matthew G. Dudley

Attorneys for Defendant
CITY OF ANTIOCH

**IT IS SO ORDERED.**

Dated: _____, 2009

_____
Honorable Susan Illston
United States District Judge

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

- 2 -