UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPPI-SOMERSVILLE, INC., et al.,<br><br>          Plaintiffs,<br><br>     v.<br><br>TRC COMPANIES, INC., et al,<br><br>          Defendants. | Case No. C 04-2648 SI<br><br>Consolidated with C 07-5824-SI<br><br>**STIPULATION AND [PROPOSED] ORDER DEEMING COURT'S RULING ON CONTINUING NUISANCE AND TRESPASS CLAIMS AGAINST THE "GENERATOR DEFENDANTS" AND THE PREWETTS IN CASE NO. 04-02225 AS THE COURT'S RULING ON PLAINTIFFS' CONTINUING NUISANCE AND TRESPASS CLAIMS AGAINST THE "GENERATOR DEFENDANTS" AND THE PREWETTS IN THIS CASE** |
| SPPI-SOMERSVILLE, INC.,<br>SOMERSVILLE-GENTRY, INC.,<br><br>          Plaintiffs,<br><br>     v.<br><br>CHEVRON U.S.A., INC., as successor to STANDARD OIL OF CALIFORNIA, INC.,<br><br>          Defendants. | |
| AND RELATED 3RD PARTY CROSS-CLAIMS AND COUNTER-CLAIMS. | |

Pursuant to Local Rule 7-12, Plaintiffs SPPI-SOMERSVILLE, INC. ("SPPI") and SOMERSVILLE-GENTRY, INC. ("SGI") (collectively, "Plaintiffs"); Defendants HAROLD WILLIAM PREWETT and MARY GRACE PREWETT BERTSCH (collectively, the "Prewetts"); and Defendants LOCKHEED MARTIN CORPORATION, SHELL OIL COMPANY, BEAZER EAST, INC., USX CORPORATION, UNION PACIFIC RAILROAD COMPANY, EXXON MOBIL CORPORATION, CATERPILLAR INC., AVENTIS CROPSCIENCE USA INC., BOEING SATELLITE SYSTEMS, INC., CHEMICAL & PIGMENT CO., COLGATE-PALMOLIVE COMPANY, COOPER INDUSTRIES, INC., CROMPTON CORPORATION, GAYLORD CONTAINER CORPORATION, GREAT WESTERN CHEMICAL COMPANY, HEWLETT PACKARD COMPANY, NESTLE USA, INC., OCCIDENTAL CHEMICAL CORPORATION, OCEAN VIEW CAPITAL, INC., PACCAR INC., PRO TEC CHEMICAL CO., INC., QUEBECOR PRINTING SAN JOSE, INC., SHULLER INTERNATIONAL, INC., HENRY SIMONSEN, UNION OIL COMPANY OF CALIFORNIA, WITCO CORPORATION, ASHLAND, INC., CROWN BEVERAGE PACKAGING, INC., DOW CHEMICAL COMPANY, E.I. DUPONT DE NEMOURS AND COMPANY, FAIRCHILD SEMICONDUCTOR CORPORATION, FAIRCHILD SEMICONDUCTOR CORPORATION OF CALIFORNIA, RAYCHEM CORPORATION (collectively, the "Generator Defendants"), by and through their respective undersigned counsel, hereby stipulate and agree as follows:

## RECITALS

1.    Plaintiffs have pled claims in this action against the Prewetts and against the Generator Defendants for continuing nuisance and for continuing trespass.

2.    In the related case *West Coast Homebuilders, Inc. v. Aventis Cropscience et al.* (Case No. 04-02225) also before this Court, the Court granted summary adjudication in favor of the Prewetts and the Generator Defendants on plaintiff West Coast Home Builders' fifth and sixth claims for continuing nuisance and continuing trespass. (Dkt. 247 at 12:5-14:23.)

3.    In each action, Plaintiffs assert identical factual and legal grounds for the liability of the Prewetts and the Generator Defendants pursuant to Plaintiffs' continuing nuisance and

continuing trespass claims.

4. In this case, the Court stated in its August 21, 2009, Order Re: Summary Judgment Motions, as follows:

> [I]n light of this order and the companion order in *West Coast*, where the Generator defendants did file an affirmative motion, the Court is of the view that plaintiffs' continuing nuisance and trespass claims could not proceed to trial against the Generator defendants. The same holds for plaintiffs' continuing nuisance and trespass claims against the Prewetts, for all of the reasons stated in the *West Coast* summary judgment order.

(Order (Dkt. 517) at p. 30 n. 19.)

5. Plaintiffs believe that the Generator Defendants and the Prewetts do have liability pursuant to Plaintiffs' continuing nuisance and continuing trespass claims, and disagree with the Court's ruling, but are willing to enter into this stipulated order in light of the Court's statements. The Generator Defendants and the Prewetts dispute that they have any liability.

## STIPULATION

On the condition that it is entered as an Order of the Court, the Parties hereby stipulate that the Court's ruling on the Prewett and Generator Defendants' motion for summary adjudication on plaintiff West Coast Home Builders' causes of action for continuing nuisance and trespass in the related case *West Coast Homebuilders, Inc. v. Aventis Cropscience et al.* (Case No. 04-02225) shall be treated as a dispositive summary adjudication ruling by the Court of Plaintiffs' causes of action for continuing nuisance and continuing trespass against the Prewetts and the Generator Defendants in this case, so that Plaintiffs in this case would have the same right of appeal on this ruling as plaintiff West Coast Home Builders in Case No. 04-02225.

IT IS SO STIPULATED.

**STIPULATION RE CONTINUING NUISANCE & TRESPASS CLAIMS AGNST GENERATOR DEFENDANTS & PREWETTS**

| | | |
|---|---|---|
| DATED: September __, 2009 | | DOWNEY BRAND LLP |
| | By: | /s/ Clifton McFarland |
| | | CLIFTON J. MCFARLAND |
| | | Attorneys for Defendants |
| | | PREWETTS and THE GENERATOR DEFENDANTS |
| DATED: September __, 2009 | | FARELLA BRAUN + MARTEL LLP |
| | By: | /s/ James H. Colopy |
| | | JAMES H. COLOPY |
| | | Attorneys for Plaintiffs |
| | | SPPI-SOMERSVILLE, INC., and SOMERSVILLE-GENTRY, INC. |

**ORDER**

Pursuant to the foregoing Stipulation of the parties, it is hereby ordered that the Court's ruling on the Prewett and Generator Defendants' motion for summary adjudication on plaintiff's causes of action for continuing nuisance and continuing trespass in the related case *West Coast Homebuilders, Inc. v. Aventis Cropscience et al.* (Case No. 04-02225) shall be treated as a dispositive summary adjudication ruling by the Court of Plaintiffs' causes of action for continuing nuisance and continuing trespass against the Prewetts and the Generator Defendants in this case, so that Plaintiffs in this case would have the same right of appeal on this ruling as plaintiff West Coast Home Builders in Case No. 04-02225.

DATED: _____   By: /s/ Susan Illston
THE HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

STIPULATION RE CONTINUING NUISANCE & TRESPASS CLAIMS AGNST GENERATOR DEFENDANTS & PREWETTS