1    Paul P. Spaulding III (State Bar No. 083922)
        sspaulding@fbm.com
2    James H. Colopy (State Bar No. 172806)
        jcolopy@fbm.com
3    Ruth Ann Castro (State Bar No. 209448)
        rcastro@fbm.com
4    Farella Braun + Martel LLP
     235 Montgomery Street, 17th Floor
5    San Francisco, CA  94104
     Telephone:     (415) 954-4400
6    Facsimile:     (415) 954-4480

7    Peter W. McGaw (State Bar No. 104691)
        pmcgaw@archernorris.com
8    John L. Kortum (State Bar No. 148573)
        jkortum@archernorris.com
9    ARCHER NORRIS
     2033 North Main Street, Suite 800
10   Walnut Creek, CA  94596-3728
     Telephone:     (925) 930-6600
11   Facsimile:     (925) 930-6620

12   Attorneys for Plaintiffs and Counter-Defendants
     SPPI-SOMERSVILLE, INC. and
13   SOMERSVILLE-GENTRY, INC.

14              UNITED STATES DISTRICT COURT

15             NORTHERN DISTRICT OF CALIFORNIA

16

| 17 | SPPI-SOMERSVILLE, INC. and SOMERSVILLE-GENTRY, INC., | Case No. C 04-2648 SI (Consolidated with Case No. C 07-05824 SI) |
|---|---|---|
| 18 | Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER** |
| 19 | vs. | **FOR DISMISSAL BETWEEN PLAINTIFFS AND DEFENDANT CITY OF ANTIOCH** |
| 20 | TRC COMPANIES, INC., *et al.*, | |
| 21 | Defendants. | |
| 22 | SPPI-SOMERSVILLE, INC. and | Hearing:        September 22, 2009 11:00 a.m. |
| 23 | SOMERSVILLE-GENTRY, INC., | Judge:          Hon. Susan Illston |
| 24 | Plaintiffs, | |
| 25 | vs. | Pretrial Conference:   September 22, 2009 1:30 p.m. |
| 26 | CHEVRON U.S.A., INC., as successor to Standard Oil of California, Inc., | Trial:          October 5, 2009 |
| 27 | Defendants. | |

28

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

STIPULATION FOR DISMISSAL
Case No. C 04-2648 SI                                                    24467\2049568.1

1    WHEREAS on September 16, 2009, Plaintiffs SPPI-SOMERSVILLE, INC. and

2  SOMERSVILLE-GENTRY, INC. ("Plaintiffs") and defendant CITY OF ANTIOCH ("Antioch")

3  reached a settlement that is codified in a Settlement Agreement;

4    WHEREAS on September 22, 2009, the Court issued an Order (Dkt No. 701) granting

5  Antioch's Motion for Order Determining Good Faith of Settlement;

6    WHEREAS Section VI.1(e) of the Settlement Agreement provides that, within two

7  business days of the Order Determining Good Faith of Settlement, Plaintiffs will dismiss with

8  prejudice each and every claim, demand or cause of action by Plaintiffs against Antioch set forth

9  in Case Nos. C:04-cv-02648-SI and C:07-cv-05824 SI;

10    WHEREAS Section VI.1(f) of the Settlement Agreement provides that, within two

11  business days of the Order Determining Good Faith of Settlement, Antioch will dismiss with

12  prejudice each and every claim, demand or cause of action by Antioch against Plaintiffs and all

13  other parties set forth in Case Nos. C:04-cv-02648-SI and C:07-cv-05824 SI.

14                                    **STIPULATION**

15    1.    Each and every claim, demand or cause of action by Plaintiffs against Antioch set

16          forth in Case Nos. C:04-cv-02648-SI and C:07-cv-05824 SI is dismissed with

17          prejudice;

18    2.    Each and every claim, demand or cause of action by Antioch against Plaintiffs and

19          all other parties set forth in Case Nos. C:04-cv-02648-SI and C:07-cv-05824 SI is

20          dismissed with prejudice;

21    **IT IS SO STIPULATED**

22  DATED:  September 24, 2009          FARELLA BRAUN + MARTEL LLP

23

24                                    By: _____/s/_____
                                          James H. Colopy

25                                    Attorneys for Plaintiffs
                                      SPPI-SOMERSVILLE, INC., and
26                                    SOMERSVILLE-GENTRY, INC.

27
      Concurrence in filing this document was obtained from Earl  L. Hagström in compliance
28

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

STIPULATION FOR DISMISSAL
Case No. C 04-2648 SI                        - 1 -                        24467\2049568.1

1    with General Order No. 45, Section X.

2    DATED:  September 24, 2009         SEDGWICK, DETERT, MORAN & ARNOLD LLP

3

4                                       By: _____/s/_____
                                            Earl  L. Hagström

5
                                        Attorneys for Defendant
6                                       CITY OF ANTIOCH

7
         **IT IS SO ORDERED**
8

9                        9/25/09
     DATED: _____      By:_____
10                                              THE HONORABLE SUSAN ILLSTON
11                                              UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION FOR DISMISSAL
Case No. C 04-2648 SI                    - 2 -                        24467\2049568.1