1   Paul P. Spaulding III (State Bar No. 083922)
      sspaulding@fbm.com
2   James H. Colopy (State Bar No. 172806)
      jcolopy@fbm.com
3   Ruth Ann Castro (State Bar No. 209448)
      rcastro@fbm.com
4   Farella Braun + Martel LLP
    235 Montgomery Street, 17th Floor
5   San Francisco, CA  94104
    Telephone:    (415) 954-4400
6   Facsimile:    (415) 954-4480

7   Peter W. McGaw (State Bar No. 104691)
      pmcgaw@archernorris.com
8   John L. Kortum (State Bar No. 148573)
      jkortum@archernorris.com
9   ARCHER NORRIS
    2033 North Main Street, Suite 800
10  Walnut Creek, CA  94596-3728
    Telephone:    (925) 930-6600
11  Facsimile:    (925) 930-6620

12  Attorneys for Plaintiffs and Counter-Defendants
    SPPI-SOMERSVILLE, INC. and
13  SOMERSVILLE-GENTRY, INC.

14                  UNITED STATES DISTRICT COURT

15                  NORTHERN DISTRICT OF CALIFORNIA

16

17  SPPI-SOMERSVILLE, INC. and                  Case No. C 04-2648 SI
    SOMERSVILLE-GENTRY, INC.,                    (Consolidated with Case No. C 07-05824 SI)
18
                      Plaintiffs,               **STIPULATION AND [PROPOSED] ORDER
19                                               FOR DISMISSAL BETWEEN PLAINTIFFS
          vs.                                    AND DEFENDANT CHEVRON U.S.A. INC.**
20  TRC COMPANIES, INC., *et al.*,
21                    Defendants.

22  SPPI-SOMERSVILLE, INC. and                   Judge:      Hon. Susan Illston
    SOMERSVILLE-GENTRY, INC.,
23
                      Plaintiffs,
24
          vs.
25
    CHEVRON U.S.A., INC., as successor to
26  Standard Oil of California, Inc.,
27                    Defendants.
28

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor     STIPULATION FOR DISMISSAL
San Francisco, CA  94104             Case No. C 04-2648 SI                              24467\2052109.1
(415) 954-4400

1    WHEREAS on September 18, 2009, Plaintiffs SPPI-SOMERSVILLE, INC. and

2  SOMERSVILLE-GENTRY, INC. ("Plaintiffs") and defendant CHEVRON U.S.A. INC.

3  ("Chevron") reached a settlement that is codified in a Settlement Agreement;

4    WHEREAS on September 22, 2009, the Court issued an Order (Dkt No. 702) granting

5  Chevron's Motion for Order Determining Good Faith of Settlement;

6    WHEREAS, Section V of the Settlement Agreement provides that Plaintiffs will dismiss

7  with prejudice each and every claim, demand or cause of action by Plaintiffs against Chevron set

8  forth in Case Nos. C:04-cv-02648-SI and C:07-cv-05824 SI;

9    WHEREAS, Section V of the Settlement Agreement provides that Chevron will dismiss

10  with prejudice each and every claim, demand or cause of action by Chevron against Plaintiffs set

11  forth in Case Nos. C:04-cv-02648-SI and C:07-cv-05824 SI

12                          **STIPULATION**

13    1.    Each and every claim, demand or cause of action by Plaintiffs against Chevron set

14          forth in Case Nos. C:04-cv-02648-SI and C:07-cv-05824 SI is dismissed with

15          prejudice;

16    2.    Each and every claim, demand or cause of action by Chevron against Plaintiffs set

17          forth in Case Nos. C:04-cv-02648-SI and C:07-cv-05824 SI is dismissed with

18          prejudice;

19    **IT IS SO STIPULATED**

20  DATED:  October 5, 2009          FARELLA BRAUN + MARTEL LLP

21

22          By: _____/s/_____
                James H. Colopy

23          Attorneys for Plaintiffs
            SPPI-SOMERSVILLE, INC., and
24          SOMERSVILLE-GENTRY, INC.

25    Concurrence in filing this document was obtained from Blaine I. Green in compliance

26  with General Order No. 45, Section X.

27

28

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

STIPULATION FOR DISMISSAL
Case No. C 04-2648 SI          - 1 -                    24467\2052109.1

1    DATED:  October 5, 2009          PILLSBURY WINTHROP SHAW PITTMAN LLP

2

3                                     By: _____/s/_____
                                          Blaine I. Green, Esq.

4                                     Attorneys for Defendant
                                      CHEVRON U.S.A. INC.

5

6

7          **IT IS SO ORDERED**

8

9    DATED: _____   By: _____

10                                     THE HONORABLE SUSAN ILLSTON
                                       UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

STIPULATION FOR DISMISSAL
Case No. C 04-2648 SI                  - 2 -                    24467\2052109.1